IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIBRANT, LLC, *et al.,* [1] | Case No. 18-10274 (SDB) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the below attorneys enter their appearance, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation (collectively, "**Chemtrade**"). The below attorneys request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served at the addresses, facsimile numbers, or electronic mail addresses set forth below.

| | |
|---|---|
| Brian F. McEvoy | Gregory M. Leitner |
| Matthew S. Knoop | **POLSINELLI PC** |
| **POLSINELLI PC** | Liberty Tower |
| 1201 West Peachtree Street NW | 605 Chestnut Street |
| Suite 1100 | Suite 900 |
| Atlanta, GA 30309 | Chattanooga, TN 37450-0011 |
| Telephone: (404) 253-6000 | Telephone: (423) 321-7901 |
| Facsimile: (404) 253-6060 | Facsimile: (423) 321-7917 |
| bmcevoy@polsinelli.com | gleitner@polsinelli.com |
| mknoop@polsinelli.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Fibrant, LLC (6694); Evergreen Nylon Recycling, LLC (7625); Fibrant Center South, LLC (8270); and Georgia Monomers Company, LLC (0042).

62517184.1

Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Chemtrade's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Chemtrade is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  February 27, 2018 **POLSINELLI PC**

/s/ Brian F. McEvoy
Brian F. McEvoy (GA Bar No. 490845)
Matthew S. Knoop (GA Bar No. 140870)
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309
Telephone: (404) 253-6023
Facsimile: (404) 506-9349
bmcevoy@polsinelli.com
mknoop@polsinelli.com

-and-

Christopher A. Ward
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com

-and-

Gregory M. Leitner
Liberty Tower
605 Chestnut Street, Suite 900
Chattanooga, TN 37450-0011
Telephone: (423) 321-7901
Facsimile: (423) 321-7917
gleitner@polsinelli.com

*Counsel to Chemtrade*