# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

**In re:**

**FIBRANT, LLC, et al.,**

**Debtors.**

**CHAPTER 11**

**CASE NO. 18-10274**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE DEBTORS, THEIR ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. §§ 102(1) and 342, TROUTMAN SANDERS LLP, (the "**Firm**"), on behalf of Augusta Sulfate Company, LLC (collectively "**Augusta Sulfate**"), requests that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served and all adversary proceedings, and all notices mailed only to statutory committees or their authorized agents and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon the Firm at the following addresses:

Stephen S. Roach, Esq
TROUTMAN SANDERS LLP
600 Peachtree Street NE
Suite 5200
Atlanta, GA 30308-2216
Tel: (404) 885-3000
Fax: (404) 962-3900
Email: Stephen.Roach@troutmansanders.com

34303971v1

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Fed. R. Bankr. P. 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail. hand delivery, telephone, telegraph, facsimile, electronic mail or otherwise that affect the above-captioned debtor or the property of such debtor or the debtor's estate.

PLEASE TAKE FURTHER NOTICE that this request for notices shall not be deemed or construed to be a waiver of any substantive or procedural right of Augusta Sulfate, including without limitation, the right (a) to require that when any adversary proceeding is to be initiated against Augusta Sulfate in this or any related case or when any proceeding is to be initiated by complaint against Augusta Sulfate under applicable non-bankruptcy law, service shall be made on Augusta Sulfate in accordance with applicable Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) to have final orders in non-core matters entered only after de novo review by the United States District Court; (c) to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this case; (d) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Augusta Sulfate is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Augusta Sulfate expressly reserves.

34303971v1

This 6th day of March, 2018.	**TROUTMAN SANDERS LLP**

 */s/ Stephen S.Roach*
Stephen S. Roach (Ga. Bar No. 463206)
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308
(404) 885-3000 (phone)
(404) 962-6990 (fax)
Stephen.Roach@troutmansanders.com

*Counsel for Augusta Sulfate Company,LLC*

3

34303971v1

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

**In re:**

**CHAPTER 11**

**FIBRANT, LLC, et al.,**

**CASE NO. 18-10274**

**Debtors.**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* either electronically through the CM/ECF system or by causing it to be deposited in the United States Mail in a properly addressed envelope with adequate postage affixed thereon to the parties listed below:

Parties Served by Electronic Notice:

| Paul K. Ferdinands<br>Jonathan W. Jordan<br>Sarah L. Primrose<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 | James C. Overstreet Jr.<br>Klosinski Overstreet, LLP<br>1229 Augusta West Parkway<br>Atlanta, GA 30309-3521 |
|---|---|

Parties Served by Standard First-Class Mail:

| Office of the United States Trustee<br>Johnson Square Business Center<br>Suite 725<br>2 East Bryan Street<br>Savannah, GA 31401 | Internal Revenue Service<br>Insolvency Stop 334D, Room 400<br>401 West Peachtree Street NW<br>Atlanta, GA 30308 |
|---|---|

34303971v1

| | |
|---|---|
| Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Center Boulevard<br>Suite 15300<br>Atlanta, GA 30345 | Lynne Riley<br>State Revenue Commissioner<br>Georgia Department of Revenue<br>1800 Century Boulevard<br>Atlanta, GA 30345 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | Christopher M. Carr<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| U.S. Attorney<br>600 James Brown Blvd, Suite 200<br>Augusta, GA 30901 | Fibrant, LLC<br>Attn: David Leach<br>1408 Columbia Nitrogen Drive<br>Augusta, GA 30901 |
| Georgia Environmental Protection<br>Division EPD Director's Office<br>2 Martin Luther King Jr. Drive S.E<br>Suite 1456<br>Atlanta, GA 30334 | United States Environmental Protection Agency<br>EPA Regional Administrator<br>EPA Region 4<br>61 Forsyth Street SW<br>Atlanta, GA 30303 |
| Koninklijke DSM, N.V.<br>Het Overloon 1<br>Heerlen<br>6411 TE<br>Netherlands | DSM Coating Resins, Inc.<br>P.O. Box 2452<br>Augusta, GA |
| Chemtrade Chemicals US LLC<br>155 Gordon Baker Road<br>Suite 300<br>Toronto, ON M2H 3N5<br>Canada | Chevron Phillips Chemical Co. LP<br>10001 Six Pines<br>The Woodlands, TX 77380 |
| Interstate Commodities, Inc.<br>7 Madison Street<br>Troy, NY 12181 | GATX Corporation (GATX Rail)<br>222 West Adams Street<br>Chicago, IL 60606 |
| Linde, Inc.<br>575 Mountain Ave.<br>Murray Hill, NJ 07974 | Midwest Railcar Corporation<br>855 S Arbor Vitae<br>Edwardsville, IL 62025 |
| Flint Hills Resources, LP<br>4111 East 37th Street North<br>Wichita, KS 67220 | American Railcar Leasing LLC<br>100 Clark Street<br>Suite 201<br>St. Charles, MO 63301 |

34303971v1

| | |
|---|---|
| Emerson Process Management, LLP<br>1100 W. Louis Henna Blvd. Bldg. 1<br>Round Rock, TX 78681-7430 | BMSI Packaging Services, Inc.<br>115 Davis Street<br>Monroe, GA 30655 |
| Veenschoten and Company Inc.<br>3 Riverchase Office Plaza<br>Suite 120<br>Birmingham, AL 35244-2811 | Koch Rail LLC<br>4111 E. 37th Street North<br>Wichita, KS 67220 |
| Control Southern Inc.<br>3850 Lakefield Drive<br>Suwanee, GA 30024 | Nanjing Baose Co. Ltd.<br>15 Jingming Road<br>Nanjing, 211178<br>China |
| Southeast Railcar, Inc.<br>118 Roy Vaughn Rd.<br>Plains, GA 31780 | Regal Brown, Inc.<br>26374 Pollard Road<br>Ste. B<br>Daphne, AL 36526 |
| Griffin Gear, Inc.<br>131 Railroad Street<br>Roebuck, SC 29376 | MRC Global (US), INC.<br>1301 McKinney Street<br>Suite 2300<br>Houston, TX 77010 |
| Home Label & Printing LLC<br>312 S. Cherry Rd.<br>Rock Hill, SC 29732 | Hoerbiger Service Inc.<br>1358 W Newport Center Drive<br>Deerfield Beach, FL 33442 |

This 6th ay of March, 2018.   **TROUTMAN SANDERS LLP**

 */s/ Stephen S.Roach*
Stephen S. Roach (Ga. Bar No. 463206)
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308
(404) 885-3000 (phone)
(404) 962-6990 (fax)
Stephen.Roach@troutmansanders.com

*Counsel for Augusta Sulfate Company, LLC*

3

34303971v1