UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 18-10274-SDB |
| FIBRANT, LLC, *et al.*,[1] § | |
| § | Chapter 11 |
| Debtor. § | |

**<u>NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE</u>**

Pursuant to Sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims (or who are members of a committee organized by creditors before the order of relief under Chapter 11 of the Bankruptcy Code which was fairly chosen and is representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the committee of unsecured creditors:

Attn: Antonio Cardenas
Chevron Phillips Chemical Company LP
10001 Six Pines Drive
The Woodlands, TX 77380
Tel: (832) 813-4370
Fax: (832) 813-4525
Email: cardan@cpchem.com

Attn: Mark Zeman
GATX Corporation
222 West Adams Street
Chicago, IL 60606
Tel: (312) 621-6522
Fax: (312) 499-7818
Email: Mark.Zeman@gatx.com

Attn: Mario Coronado
Linde, Inc.
575 Mountain Avenue
Murray Hill, NJ 07974
Tel: (908) 771-1188
Fax: (410) 749-4073
Email: Mario.Coronado@Linde.com

Attn: Jan Hunter
Veenschoten & Company, Inc.
3 Riverchase Office Plaza, Suite 120
Birmingham, AL 35244
Tel: (205) 685-9830
Fax: (205) 685-9831
Email: jan@veenschoten.com

Attn: Eric Keeble
Chemtrade Chemicals US LLC
155 Gordon Baker Road, Suite 300
Toronto, Ontario, Canada M2H 3N5
Tel: (647) 258-0413
Fax: (416) 496-9942
Email: ekeeble@chemtradelogistics.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Fibrant, LLC (6694); Evergreen Nylon Recycling, LLC (7625); Fibrant Center South, LLC (8270); and Georgia Monomers Company, LLC (0042).

Date:  March 16, 2018                              Respectfully submitted,
                                                   DANIEL M. McDERMOTT,
                                                   UNITED STATES TRUSTEE, REGION 21

                                                   By: /s/ Joel Paschke
                                                           IL Bar No. 6275662

Office of the United States Trustee
2 East Bryan Street, Suite 725
Savannah, GA 31401
(912) 652-4112

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE has this day been served upon the following by emailing a copy of the same to debtors' counsel.  In addition, electronic service will be received by those parties that are entitled to receive such service in this case through the electronic filing system of this Court.

| | |
|---|---|
| James C. Overstreet Jr.<br>Email: jco@klosinski.com | Paul K. Ferdinands<br>Email: pferdinands@kslaw.com |
| Jonathan W. Jordan<br>Email: jjordan@kslaw.com | Sarah L. Primrose<br>Email: sprimrose@kslaw.com |
| Antonio Cardenas<br>Chevron Phillips Chemical Company LP<br>Email: cardan@cpchem.com | Mark Zeman<br>GATX Corporation<br>Email: Mark.Zeman@gatx.com |
| Mario Coronado<br>Linde, Inc.<br>Email: Mario.Coronado@Linde.com | Jan Hunter<br>Veenschoten & Company, Inc.<br>Email: jan@veenschoten.com |
| Eric Keeble<br>Chemtrade Chemicals US LLC<br>Email: ekeeble@chemtradelogistics.com | |

Date: March 16, 2018                              /s/ Joel Paschke
                                                       IL Bar No. 6275662

Office of the United States Trustee
2 East Bryan Street, Suite 725
Savannah, GA 31401
(912) 652-4112