UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FIBRANT, LLC, *et al.*[1] | ) | Case No.  Case No. 18-10274-SDB |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

NOW COMES THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, by and through John T. Garcia, and files this notice of appearance as local counsel of record by showing the following:

1. That the undersigned counsel has been retained to represent the Official Committee of Unsecured Creditors, in the proceedings of the above-styled action now pending before this Honorable Court and  requests that the records of this Honorable Court hereafter reflect that he is local counsel of record for this matter.

2. That the undersigned counsel recognizes and acknowledges that as local counsel motions and papers may be served on him and he shall be responsible for and have full authority to act for and on behalf of the client in all proceedings related to the case including hearings, pretrial

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fibrant, LLC (6694); Evergreen Nylon Recycling, LLC (7625); Fibrant Center South, LLC (8270); and Georgia Monomers Company, LLC (0042).

conferences, and trials, should the petitioner fail to respond to any court order for appearance or otherwise.

Respectfully submitted,

*/s/   John T. Garcia, Sr.*
John T. Garcia, Sr.
Georgia Bar No. 283028
205 N. Belair Road
Post Office Box 1984
Evans, Georgia 30809
(706) 650-7727
Fax (706) 364-5390
E-mail garcia81@knology.net

## CERTIFICATE OF SERVICE

This is to certify that I have this day, the 28th day of March 2018, served the parties/ entities below with a copy of the foregoing **NOTICE OF APPEARANCE AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** in accordance with electronic filing requirements as mandated in Fed. R. Bank. P. Rule 5005(a)(2) and ECF Local Rule 9 of the ECF Local Rules for the United States Bankruptcy Court for the Southern District of Georgia and where necessary by directing same to the following business addresses through first-class, United States mail, postage prepaid, on the following:

Paul K Ferdinands
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

Jonathan W. Jordan
King & Spaulding
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

Bowen A. Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909

Mark M. Maloney, Esq.
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Les Oakes
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

James C. Overstreet, Jr.
Klosinski Overstreet, LLP
1229 Augusta West Parkway
Augusta, GA 30909

Sarah L. Primrose
1180 Peachtree Street, NE
Atlanta, GA 30309

W. Craig Smith
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Office of the United States Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

Brian F. McEvoy
Matthew S. Knoop
1201 West Peachtree Street NW, Suite 1100
Atlanta, GA 30309

Christopher A. Ward
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Gregory M. Leitner
Liberty Tower
605 Chestnut Street, Suite 900
Chattanooga, TN 37450-0011

Stephen S. Roach, Esq
TROUTMAN SANDERS LLP
600 Peachtree Street NE Suite 5200
Atlanta, GA 30308-2216

R. Patrick Vance
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170

Randolph Frails
Tameka Haynes
Frails & Wilson, LLC
211 Pleasant Home Road, Suite A1
Augusta, GA 30907

　　　/s/ *John T. Garcia, Sr.*
John T. Garcia, Sr.
Local Counsel for Official Committee
Of Unsecured Creditors