# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| In re:<br><br>FIBRANT, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10274 (SDB)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the Official Committee of Unsecured Creditors (the "**Committee**") hereby appears by and through its undersigned proposed counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). The Committee, by and through its proposed counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

Jeffrey D. Prol, Esq.
Bruce S. Nathan, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020

- and -

One Lowenstein Drive
Roseland, New Jersey 07068
Email: jprol@lowenstein.com
Email: bnathan@lowenstein.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fibrant, LLC (6694); Evergreen Nylon Recycling, LLC (7625); Fibrant Center South, LLC (8270); and Georgia Monomers Company, LLC (0042).

35120/2
04/05/2018 201940427.2

- and -

John T. Garcia
Attorney at Law
205B North Belair Road
Evans, Georgia 30809
Email: garcia81@knology.net

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Committee, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*Remainder of page intentionally left blank*]

Dated: April 5, 2018

By: /s/ John T. Garcia
_____
John T. Garcia
Attorney at Law
205B North Belair Road
Evans, Georgia 30809
(706) 650-7727 (Telephone)
(706) 364-5390 (Facsimile)
Email: garcia81@knology.net

- and -

Jeffrey D. Prol, Esq.
Bruce S. Nathan, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

- and -

One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500 (Telephone)
973-597-2400 (Facsimile)

*Proposed Counsel to the Official Committee of Unsecured Creditors*