UNITED STATES BANKRUPTCY COURT
SOUTHEN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| **Fibrant LLC,** *et al.,* | } | **18-10274** |
| | } | JUDGE SUSAN D. BARRETT |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM     **3/1/2019**     TO     **3/31/2019**

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

1472 Columbia Nitrogen Drive
Augusta, GA  30901
Telephone:  (706) 849-6542

Attorney's Address
and Phone Number:

King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA  30309-3521
Telephone:  (404) 572-4600

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm

1)        Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| FOR THE PERIOD BEGINNING | 3/1/2019 | AND ENDING | 3/31/2019 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number | **18-10274** |
| Date of Petition: | **2/23/2018** | | |

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 5,472,651 (a)(d) | 1,827,579 (b)(d) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | - | - |
|    Minus: Cash Refunds (-) | - | - |
|    Net Cash Sales | - | - |
| B. Accounts Receivable | - | 1,768,910 |
| C. Other Receipts (See MOR-3) | 4,384 | 17,090,692 |
| (If you receive rental income, you must attach a rent roll.) | | |
| | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | 4,384 | 18,859,603 |
| **4. TOTAL FUNDS AVAILABLE FOR** | 5,477,035 | 20,687,181 |
|    **OPERATIONS (Line 1 + Line 3)** | | |
| | | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | - | - |
| B. Bank Charges | 4,420 | 71,744 |
| C. Contract Labor | 9,306 | 553,281 |
| D. Fixed Asset Payments (not incl. in "N") | - | - |
| E. Insurance | - | 249,954 |
| F. Inventory Payments (See Attach. 2) | - | - |
| G. Leases | 958 | 199,506 |
| H. Manufacturing Supplies | - | - |
| I. Office & Misc Supplies | 172 | 3,109 |
| J. Payroll - Net | 18,729 | 4,008,203 |
| K. Professional Fees (Accounting & Legal) | 731,873 | 5,099,238 |
| L. Rent of Equipment | - | 152,601 |
| M. Repairs & Maintenance | 298 | 2,892,111 |
| N. Secured Creditor Payments (See Attach. 2) | - | - |
| O. Taxes Paid - Payroll (See Attachment 4C) | - | - |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | - | 33,586 |
| Q. Taxes Paid - Other (See Attachment 4C) | - | 1,609 |
| R. Telephone | 531 | 100,840 |
| S. Travel & Entertainment & Business Meals | | 9,517 |
| Y. U.S. Trustee Quarterly Fees | | 139,186 |
| U. Utilities | 1,011 | 994,151 |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses (See MOR-3) | 35,795 | 1,504,605 |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | **803,093.44** | **16,013,240** |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | **4,673,942** (c)(d) | **4,673,942** (c)(d) |

**(During this period, no disbursements made by any debtor entity other than Fibrant, LLC.)**

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 12 th day of April, 2019.

*Lisa S Quattlebaum*

(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

(d) Does not include funds in Wells Fargo Escrow - ChemicaInvest (decommissioning) Account or Wells Fargo Escrow - Shaw (Environmental) Account (See MOR-14 for Escrow Accounts)

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Escrow Draw-Decommissioning Acct | $ - | $ 7,181,433 |
| Shaw Escrow (Environ Remed) Draw | $ | $ 3,097,293 |
| Property Sale | $ - | $ 4,974,353 |
| Fibrant/Augusta Sulfate Co Escrow | $ 3,384 | $ 836,960 |
| Vendor Return/Refunds | $ | $ 177,824 |
| Benefits Vendors Refunds | $ - | $ 143,035 |
| Vendor Deposit/Retainer Returns | $ - | $ 205,049 |
| Used Catalyst Recovery Value | $ - | $ 61,636 |
| Duty Drawback - 2015 Import | $ - | $ 153,109 |
| Land Lease - Resins & Praxair | $ 1,000 | $ 260,000 |
| **TOTAL OTHER RECEIPTS** | **$ 4,384** | **$ 17,090,692** |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amoun | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Director Fee | $ 15,000 | $ 181,198 |
| Licenses & Permits | | $ 2,590 |
| Packaging Supplies | | $ 16,420 |
| Security | | $ 13,832 |
| Product Shipping/Returned Check | | $ 222,627 |
| Waste Handling | | $ 262,758 |
| Consultants | $ 8,000 | $ 625,556 |
| Letter of Credit Fees | | $ 86,930 |
| Continuing Ed Seminars/Prof License Fees | | $ 3,337 |
| Stormwater Fees/Lab Services | $ 10,698 | $ 75,882 |
| IT Server Hosting/Software | $ 2,098 | $ 13,386 |
| Auto/Fuel | | $ 89 |
| **TOTAL OTHER DISBURSEMENTS** | **$ 35,795** | **$ 1,504,605** |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## <u>ATTACHMENT 1</u>
## <u>MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING</u>

| Name of Debtor: | Fibrant LLC, et al., | Case Number | 18-10274 |
|---|---|---|---|
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

ACCOUNTS RECEIVABLE AT PETITION DATE:  $  278,001  **(Consolidated/removes GA Monomers AR )**

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance (Petition Date) | $ 62,749 | (a) **(Consolidated/removes GA Monomers AR )** |
| PLUS: Current Month New Billings | $ - | |
| MINUS: Collection During the Month | $ - | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 62,749 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| (12,224) | | $ - | $ 74,973 | $ 62,749 |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Chemtrade Chemicals US LLC | Oct & Dec 2017 | Set off against future contract rejection claim |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | | 3/31/2019 |

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Invoice Date | Days Past Due | Vendor | Description | Amount |
|---|---|---|---|---|
| *See MOR-5 Schedule 1: POST-PETITION ACCOUNTS PAYABLE* | | | | |

| | | |
|---|---|---|
| | TOTAL AMOUNT | $ 254,847 |

☒ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**
   *See MOR-5 Schedule 2: PRE-PETITION DEBTS PAID*

| ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only) | | | |
|---|---|---|---|
| Opening Balance | $ | 526,625 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | 509,123 | |
| MINUS: Amount Paid on Post Petition, | $ | 780,900 | |
| Accounts Payable This Month | $ | | |
| PLUS/MINUS: Adjustments | $ | | * |
| **Ending Month Balance** | **$** | **254,847** | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/Lessor | Date Payment Due this Month | Amount Paid this Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | TOTAL | (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 2**
**POST-PETITION ACCOUNTS PAYABLE**

| | | | |
|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Invoice Date | Days Past Due | Vendor | Description | Amount | |
|---|---|---|---|---|---|
| 3/1/2019 | 0 | Alvarez & Marsal North America, LLC | Professional Fees | (2,289.00) | Holdback Amt |
| 4/30/2018 | 0 | Crystal Springs | Repairs & Maintenance | 202.44 | Credit |
| 2/20/2019 | 0 | King & Spalding, LLP | Professional Fees | (33,827.20) | Holdback Amt |
| 3/11/2019 | 0 | King & Spalding, LLP | Professional Fees | (180,271.82) | |
| 3/11/2019 | 0 | King & Spalding, LLP | Professional Fees | (19,989.00) | Holdback Amt |
| 3/28/2019 | 0 | Klosinski Overstreet LLP | Professional Fees | (4,675.00) | |
| 2/26/2019 | 0 | Lowenstein Sandler LLP | Professional Fees | (7,099.25) | Holdback Amt |
| 2/28/2019 | 0 | Ramboll Environ US Corporation | Professional Fees | (4,774.95) | Holdback Amt |
| 2/28/2019 | 0 | Ramboll Environ US Corporation | Professional Fees | (2,123.65) | Holdback Amt |
| | | | | (254,847) | (b) |

## **ATTACHMENT 2**
## **PRE-PETITION DEBTS PAID**

| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
|---|---|---|---|
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

| Description/Vendor | Current Month | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| **Shipping Motion:** | $ - | $ | **33,307** |
| CSX Transportation | $ - | $ | 13,406 |
| Norfolk Southern Corporation | $ - | $ | 6,370 |
| Rick's Transport, Inc. | $ - | $ | 7,379 |
| Schwend Logistics, Inc. | $ - | $ | 4,805 |
| United Parcel Service | $ - | $ | 395 |
| IntelliTrans LLC | $ - | $ | 452 |
| Kankakee, Beaverville | $ - | $ | 500 |
| **Wage Motion:** | $ - | $ | **43,035** |
| FIDELITY INVESTMENTS | $ - | $ | 36,127 |
| Ryland Fincher | $ - | $ | 2,000 |
| Delta Dental Insurance Company | $ - | $ | 134 |
| David Leach | $ - | $ | 487 |
| Horizon Healthcare Services Inc | | $ | 225 |
| Mercer (US) Inc. | $ - | $ | 797 |
| National Union Fire Insurance Co | $ - | $ | 2,600 |
| Lease Plan USA Inc | $ - | $ | 185 |
| HSA Bank | $ - | $ | 480 |
| **Tax Motion:** | $ - | $ | **16,749** |
| STATE OF GA DEPT OF REVENUE | $ - | $ | 16,749 |
| **TOTAL PRE-PETITION DISBURSEMENTS** | $ - | $ | **93,091.49** |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:
INVENTORY RECONCILIATION:

| | | | |
|---|---|---|---|
| Inventory Balance at Beginning of Month | $ | 1,086,502 | (a) **(Includes Georgia Monomers Inventory)** |
| PLUS: Inventory Purchased During Month | $ | - | |
| MINUS: Inventory Used or Sold | $ | - | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * | |
| Inventory on Hand at End of Month | $ | 1,086,502 | |

**METHOD OF COSTING INVENTORY:**          FIFO

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| % | % | % | 100 % = | 100% * |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

Description of Obsolete Inventory:   **Supplies and maintenance and spare parts**

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:          Unknown          (b) **Fair market value accounting not done**
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION **(First Report Only):**

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ | 0 (a)(b) |
| MINUS:  Depreciation Expense | $ | 0 |
| PLUS:  New Purchases | $ | 0 |
| PLUS/MINUS: Adjustments or Write-downs | $ | 0 * |
| Ending Monthly Balance | $ | 0 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
**No Fixed asset purchases as company decommissioning site**

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | | 3/31/2019 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | **Bank of America** | BRANCH: | NA |
| ACCOUNT NAME: | Fibrant, LLC Business Acct | ACCOUNT NUMBER: | xxxxxx6585 |
| PURPOSE OF ACCOUNT: | **OPERATING** | | |

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | (2,892) | |
| Plus Total Amount of Outstanding Deposits | $ | - | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - | * |
| Minus Service Charges | $ | - | |
| Ending Balance per Check Register | $ | (2,892) **(a) | |

**\*Debit cards are used by:**     **NA/This account does not have Debit cards**

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid ACH or Wire (do not includes items reported as Petty Cash on Attachment 4D:**
  **( ☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| 3/15/2019 | 4,420.25 | Bank of America | Bank Fee | Bank Fee |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| 1/23/2019 | $ 26,287.68 | Transferred to Wells Fargo Account (3801) |
| | $ NA | Transferred to Tax Account/Fibrant has no Tax Bank Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**
**CHECK REGISTER - OPERATING ACCOUNT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | | 3/31/2019 |

NAME OF BANK:        **Bank of America**        BRANCH:

ACCOUNT NAME:        Fibrant, LLC Business Account

ACCOUNT NUMBER:        xxxxxx6585

PURPOSE OF ACCOUNT:        **OPERATING**

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| **NONE/Check Services not available for this account** | | | | |

TOTAL                                                                            $ _____

**ATTACHMENT 4A**
**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | | 3/31/2019 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | **Wells Fargo** | BRANCH: | NA |
| ACCOUNT NAME: | Fibrant LLC | ACCOUNT NUMBER: | xxxxxx3801 |
| PURPOSE OF ACCOUNT: | **OPERATING** | | |

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | 4,676,833 | |
| Plus Total Amount of Outstanding Deposits | $ | - | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - | * |
| Minus Service Charges | $ | - | |
| Ending Balance per Check Register | $ | 4,676,833 | **(a) |

**\*Debit cards are used by:**   NA/This account does not have Debit cards

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid ACH or Wire Or Bank Cashier's Check (do not includes items reported as Petty Cash on Attachment 4D:**
  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|---|
| 3/5/2019 | $ | 622.62 | Microsoft | Other - IT Support | Other - IT Support |
| 3/6/2019 | $ | 5,618.32 | Payroll | Payroll - Net | Payroll - Net |
| 3/6/2019 | $ | 439.10 | Ga Dept Revenue | Ga PR Taxes | Ga PR Taxes |
| 3/6/2019 | $ | 2,829.32 | IRS | Federal PR Taxes | Federal PR Taxes |
| 3/7/2019 | $ | 8,000.00 | Kevin R. Boyle | Other - Consultants | Other - Consultants |
| 3/7/2019 | $ | 15,000.00 | Mike McGovern | Other - Director Fee | Other - Director Fee |
| 3/7/2019 | $ | 4,430.94 | Pitchford Consulting, LLC | Contract Labor | Contract Labor |
| 3/7/2019 | $ | 1,475.00 | SullivanStrickler, LLC | Other - IT Support | Other - IT Support |
| 3/13/2019 | $ | 304,961.56 | King & Spalding, LLP | Professional Fees | Professional Fees |
| 3/13/2019 | $ | 171.50 | Daniel G. Wells | Other - Supplies | Other - Supplies |
| 3/13/2019 | $ | 14,935.96 | Kurtzman Carson Consultants Inc | Professional Fees | Professional Fees |
| 3/20/2019 | $ | 63,976.35 | Lowenstein Sandler LLP | Professional Fees | Professional Fees |
| 3/20/2019 | $ | 5,618.30 | Payroll | Payroll - Net | Payroll - Net |
| 3/20/2019 | $ | 439.10 | Ga Dept Revenue | Ga PR Taxes | Ga PR Taxes |
| 3/20/2019 | $ | 2,829.36 | IRS | Federal PR Taxes | Federal PR Taxes |
| 3/20/2019 | $ | 20,617.81 | Alvarez & Marsal North America, LLC | Professional Fees | Professional Fees |
| 3/20/2019 | $ | 48,741.50 | Kurtzman Carson Consultants Inc | Professional Fees | Professional Fees |
| 3/20/2019 | $ | 958.44 | Lease Plan U.S.A., Inc. | Lease | Lease |
| 3/20/2019 | $ | 90,601.33 | Ramboll Environ US Corporation | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 9,804.80 | AUGUSTA UTILITIES DEPARTMENT | Strom Water Fees | Strom Water Fees |
| 3/27/2019 | $ | 955.84 | STATE OF GA DEPT OF LABOR | Payroll | Payroll |
| 3/27/2019 | $ | 531.32 | Verizon Wireless | Telephones | Telephones |
| 3/27/2019 | $ | 95,268.95 | King & Spalding, LLP | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 39,851.05 | Lowenstein Sandler LLP | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 28,366.50 | Alvarez & Marsal North America, LLC | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 297.50 | Blake & Pendleton Inc | Maintenance & Repairs | Maintenance & Repairs |
| 3/27/2019 | $ | 375.00 | Crawford's Contracting Services | Contract Labor | Contract Labor |
| 3/27/2019 | $ | 893.00 | CSRA Analytical Laboratories Inc | Other - Lab Services | Other - Lab Services |
| 3/27/2019 | $ | 1,011.01 | GEORGIA POWER COMPANY | Utilities | Utilities |
| 3/27/2019 | $ | 4,500.01 | Goff's Landscaping, Inc | Contract Labor | Contract Labor |
| 3/27/2019 | $ | 1,328.12 | Klosinski Overstreet LLP | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 8,119.07 | Ramboll Environ US Corporation | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 1,623.06 | Ramboll Environ US Corporation | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 7,890.00 | Ramboll Environ US Corporation | Professional Fees | Professional Fees |
| 3/27/2019 | $ | 5,591.45 | GlassRatner | Professional Fees | Professional Fees |

TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
  "Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | | |
|---|---|---|---|
| | $ | - | Transferred to Bank of America Payroll Account |
| | $ | - | Transferred to Tax Account/Fibrant has no Tax Bank Account |
| | $ | - | Transferred to Bank of America Operating Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**
**CHECK REGISTER - OPERATING ACCOUNT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

NAME OF BANK:        **Wells Fargo**                    BRANCH:

ACCOUNT NAME:        Fibrant LLC

ACCOUNT NUMBER:      xxxxxx3801

PURPOSE OF ACCOUNT:        **OPERATING**

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| **NONE/Check Services not available for this account** | | | | |

TOTAL                                                                                    $ _____

## ATTACHMENT 4A
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | |
|---|---|---|---|
| NAME OF BANK: | **Bank of America** | BRANCH: | NA |
| ACCOUNT NAME: | Georgia Monomers Co LLC Business Account | ACCOUNT NUMBER: | xxxxxx5146 |
| PURPOSE OF ACCOUNT: | **OPERATING** | | |

**Note: This account has been closed**

**This Account does not have Check services**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | -        * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | -   **(a) |

**\*Debit cards are used by:**    **NA/This account does not have Debit cards**

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid ACH or Wire (do not includes items reported as Petty Cash on Attachment 4D:**
   **( ☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | NA | Transferred to Payroll Account |
| $ | NA | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4B**
**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | **Bank of America** | BRANCH: | NA |
| ACCOUNT NAME: | Fibrant LLC  Payroll Acct | ACCOUNT NUMBER: | xxxxxx9654 |
| PURPOSE OF ACCOUNT: | **PAYROLL** | | |

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | -        * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | -      **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**
The following disbursements were paid **ACH or Wire**:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| None | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |
| NAME OF BANK: | **Bank of America** | BRANCH: | NA |
| ACCOUNT NAME: | Fibrant LLC  Payroll Acct | | |
| ACCOUNT NUMBER: | xxxxxx9654 | | |
| PURPOSE OF ACCOUNT: | **PAYROLL** | | |

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| No Check Activity | | | | |

| | |
|---|---|
| TOTAL | $                    - |

Page intentionally left blank

**ATTACHMENT 4C**
**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | | Case Number: | 18-10274 |
| Reporting Period beginning | | 3/1/2019 | Period ending | 3/31/2019 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:          **Not Applicable/No Account for Taxes**          BRANCH:

ACCOUNT NAME:          **Not Applicable**          ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:          **TAX**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-tax disbursements were made from this account:

**ATTACHMENT 5C**
**CHECK REGISTER - TAX ACCOUNT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 | |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 | |
| NAME OF BANK: | **Not Applicable/No Account for Taxes** | BRANCH: | | |
| ACCOUNT NAME: | **Not Applicable** | ACCOUNT NUMBER: | | |
| PURPOSE OF ACCOUNT: | TAX | | | |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included. http://www.usdoj.gov/ust/

| DATE | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| TOTAL | | (d) |

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | (a) |
| Sales & Use Taxes Paid | (b) |
| Other Taxes Paid | (c) |
| TOTAL | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements  (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

### ATTACHMENT 4D
### ESCROW ACCOUNTS AND INVESTMENT ACCOUNTS AND PETTY CASH REPORT

#### ESCROW ACCOUNTS

| Name of Bank | Account Name | Account Number | Purpose | Ending Account Balance per Bank Stmt |
|---|---|---|---|---|
| Wells Fargo | ChemicaInvest Escrow | xxxx4600 | Decommissioning of site | $            - |
| Wells Fargo | Shaw Escrow | xxxx0700 | Environmental Remediation | $            - |

#### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | | | | |

TOTAL

#### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| NONE/No Petty Cash | | | |

**TOTAL**                          $ _____ (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**          $        **NA**          (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
   amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
   MOR-2, Line 7).

## ATTACHMENT 6
## MONTHLY TAX REPORT

| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
|---|---|---|---|
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| NA | NA | | $ - | | |
| TOTAL | | | $ - | | |

**ATTACHMENT 7**
**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

| | | | |
|---|---|---|---|
| Name of Debtor: | Fibrant LLC, et al., | Case Number: | 18-10274 |
| Reporting Period beginning | 3/1/2019 | Period ending | 3/31/2019 |

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| David Leach | President & General Manager | None (termination date 10/31/2018) | |
| William Powers | Former VP Operations | None (termination date 10/31/2017) | |
| Lisa Kirby | Administrative Manager & Secretary | Termination date 01/31/2019 | |
| Keith B. Thompson | Site Manager | None (termination date 6/30/2018) | |
| Lisa Quattlebaum | Treasurer | Salary; 401-K; Co Health Life Benefits | |
| | | **Total All** | **$          13,270** |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 1 | 1 |
| Number Moved from Full time to Part time | 0 | 0 |
| Number Moved from Full time to Part time | 0 | 0 |
| Number of employees on payroll at end of period | 1 | 1 |

CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Coverage | Policy Term | Policy Number | Insurer |
|---|---|---|---|
| | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

☐ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

**We anticipate filing a Plan of Reorganization and Disclosure Statement on or before**     **Amended Plan and Disclosure Statement Filed 2/13/2019**

**Consolidated Balance Sheet**
Fibrant LLC; Georgia Monomers Co LLC;
Fibrant South Center LLC;
Evergreen Nylon Recycling LLC

| | Actual 2018-02 | Actual 2018-03 | Actual 2018-04 | Actual 2018-05 | Actual 2018-06 | Actual 2018-07 | Actual 2018-08 | Actual 2018-09 | Actual 2018-10 | Actual 2018-11 | Actual 2018-12 | Actual 2019-01 | Actual 2019-02 | Actual 2019-03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Current Assets:** | | | | | | | | | | | | | | |
| Intangible Assets | | | | | | | | | | | | | | |
| Property, Plant, and Equipment | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| **Financial Assets:** | | | | | | | | | | | | | | |
| Shares in Associates | | | | | | | | | | | | | | |
| **Other Non-Current Assets:** | | | | | | | | | | | | | | |
| Deferred Tax Assets | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | |
| Loan Receivable from Subsidiaries | | | | | | | | | | | | | | |
| Inventories | 1,114,990 | 1,089,002 | 1,089,002 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 | 1,086,502 |
| Income Tax Receivable from Subsidiaries | | | | | | | | | | | | | | |
| Other - US Customs Drawback Claim | 145,800 | 145,800 | 145,800 | | | | | | | | | | | |
| Trade Accounts Receivable | 723,698 | 658,310 | 312,672 | 114,663 | 95,119 | 62,749 | 62,749 | 66,060 | 62,749 | 62,749 | 62,749 | 62,749 | 62,749 | 62,749 |
| Trade Receivables from Subsidiaries | 699 | | | | | | | | | | | | | |
| Non-Trade Receivables from Subsidiaries | | | | | | | | | | | | | | |
| Other Receivables | 819 | 6,845 | 6,545 | 6,545 | 6,545 | | | | | | | | | |
| Deposits & Retainers | 1,161,519 | 1,177,553 | 973,243 | 1,133,652 | 1,115,234 | 1,100,234 | 902,595 | 902,095 | 902,095 | 902,095 | 901,095 | 900,418 | 900,311 | 900,969 |
| Cash and Cash Equivalents: | | | | | | | | | | | | | | |
| Bank of America Operating Account | 260,047 | 218,327 | 539,737 | 230,618 | 169,357 | 248,694 | 116,294 | 46,393 | 42,119 | 38,166 | 33,696 | 5,000 | 1,529 | (2,892) |
| Bank of America Payroll Account | 251,848 | 283,472 | 222,407 | 244,725 | 132,527 | 132,900 | 86,933 | 87,713 | 87,713 | 87,713 | 87,713 | | | |
| Wells Fargo Operating Account | 1,315,684 | 2,981,962 | 2,427,175 | 2,573,334 | 5,821,042 | 5,119,615 | 3,588,249 | 3,336,406 | 7,303,075 | 7,060,309 | 6,514,056 | 5,899,230 | 5,471,122 | 4,676,833 |
| Wells Fargo Escrow Acct - Corrective Action | 3,094,873 | 3,093,424 | 3,094,374 | 1,322,804 | 863,615 | | | | | | | | | |
| Wells Fargo Escrow Account - Chemtrade | 251,323 | 188,930 | 126,507 | 189,071 | 64,133 | 1,633 | 1,633 | 1,633 | 1,662 | 1,662 | (0) | (0) | (0) | (0) |
| **Total Net Assets** | 8,321,298 | 9,843,626 | 8,937,461 | 6,901,914 | 9,354,075 | 7,752,327 | 5,844,956 | 5,526,803 | 9,485,916 | 9,239,196 | 8,685,811 | 7,953,899 | 7,522,213 | 6,724,162 |
| **Equity:** | | | | | | | | | | | | | | |
| Capital | (98,075,230) | (100,075,230) | (100,075,230) | (100,075,230) | (105,164,544) | (105,253,799) | (105,253,799) | (105,253,799) | (105,253,799) | (105,253,799) | (105,253,799) | (105,253,799) | (105,253,799) | (105,253,799) |
| Actuarial Gains & Losses | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) | (766,830) |
| Retained Earnings | 139,847,894 | 139,724,673 | 135,647,953 | 138,233,700 | 137,063,340 | 137,915,895 | 138,545,463 | 137,731,650 | 133,376,726 | 133,844,112 | 134,500,473 | 134,990,863 | 135,645,631 | 136,171,905 |
| **Shareholders Equity** | 41,005,835 | 38,882,614 | 34,805,893 | 35,391,640 | 31,131,966 | 31,895,266 | 32,524,834 | 31,711,021 | 27,356,097 | 27,823,483 | 28,479,844 | 28,976,234 | 29,625,002 | 30,151,276 |
| **Non-Current Liabilities:** | | | | | | | | | | | | | | |
| **Provisions:** | | | | | | | | | | | | | | |
| Post-Employment Benefits | | | | | | | | | | | | | | |
| Deferred Taxes | | | | | | | | | | | | | | |
| **Borrowings:** | | | | | | | | | | | | | | |
| Loans Third Party | (1,221,376) | (1,221,376) | (1,221,376) | (1,221,376) | (1,221,376) | (1,221,376) | (1,221,376) | | | | | | | |
| **Other Deferred Income:** | | | | | | | | | | | | | | |
| Deferred Income (Funding + Amortization) | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | |
| **Provisions:** | | | | | | | | | | | | | | |
| Post Employment Benefits | (4,045,225) | (4,045,225) | (62,825) | (62,825) | (62,825) | (62,825) | (62,825) | (62,825) | (62,825) | (0) | (0) | (0) | (0) | (0) |
| Decommissioning Provisions | (7,947,853) | (7,083,133) | (5,722,691) | (4,167,323) | (2,255,497) | (1,093,602) | (401,800) | (328,184) | (289,207) | (283,661) | (283,661) | (283,661) | (283,661) | (283,661) |
| Take or Pay Contract Breach Provisions | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) | (26,725,987) |
| **Other Current Liabilities** | | | | | | | | | | | | | | |
| Other Taxes-Ga Sales & Use | (16,909) | (2,894) | (6,570) | (5,098) | (2,819) | (279) | (435) | (122) | (504) | | | | | |
| AP Third Party-Liability Subject to Compromise | (8,875,619) | (9,053,533) | (9,349,018) | (9,549,462) | (9,521,108) | (9,502,995) | (9,505,063) | (9,503,886) | (9,521,565) | (9,521,565) | (9,521,565) | (9,521,565) | (9,521,565) | (9,521,565) |
| AP Third Party-Post Petition | (64,803) | (170,367) | (229,568) | (134,870) | (269,334) | (940,797) | (382,591) | (526,549) | (152,548) | (442,088) | (544,881) | (309,542) | (526,625) | (254,847) |
| Deposit held on Customer | (90,000) | (90,000) | (90,000) | (90,000) | (90,552) | (92,069) | (92,069) | (90,559) | (89,382) | (89,382) | (89,382) | (89,382) | (89,382) | (89,382) |
| Payroll Withholding Café Plans | (10,361) | (4,726) | (6,319) | (7,613) | (7,544) | (7,664) | 287 | 287 | 287 | | | | | |
| Workers Comp Liability | (329,000) | (329,000) | (329,000) | (329,000) | (329,000) | | | | | | | | | |
| **Total Liabilities** | (49,327,133) | (48,726,240) | (43,743,355) | (42,293,554) | (40,486,041) | (39,647,593) | (38,369,790) | (37,237,825) | (36,842,013) | (37,062,679) | (37,165,655) | (36,930,132) | (37,147,215) | (36,875,438) |
| **Total Liabilities, Stockholders Equity, and Minoi** | (8,321,298) | (9,843,626) | (8,937,461) | (6,901,914) | (9,354,075) | (7,752,327) | (5,844,956) | (5,526,803) | (9,485,916) | (9,239,196) | (8,685,811) | (7,953,899) | (7,522,213) | (6,724,162) |

**Consolidated Income Statement**
Fibrant LLC; Georgia Monomers Co LLC;
Fibrant South Center LLC; Evergreen Nylon Recycling LLC

| For the Period Feb 24-28, 2018 | 2018-03 | 2018-04 | 2018-05 | 2018-06 | 2018-07 | 2018-08 | 2018-09 | 2018-10 | 2018-11 | 2018-12 | 2019-01 | 2019-02 | 2019-03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | 446,396 | 353,466 | 247,656 | 286,853 | 48,276 | | | | | | | | | |
| **Variable Cost/Inventory Adjustments** | (378,461) | (16,252) | | | | | | | | | | | | |
| **Profit Contribution** | 67,935 | 337,214 | 247,656 | 286,853 | 48,276 | - | - | - | - | - | - | - | - | - |
| **Depreciation** | | | | | | | | | | | | | | |
| Fixed Costs | -362,899 | -358,721 | -362,277 | -1,042,067 | -962,709 | -1,236,646 | -778,863 | -418,683 | -857,257 | -556,357 | -654,699 | -498,390 | -649,870 | -530,658 |
| Other Income/Expense | | 143,569 | 4,156,913 | 360,883 | (97,504) | 383,240 | 149,042 | 1,232,496 | 3,994,087 | 88,971 | (1,664) | 2,000 | 1,102 | 4,384 |
| **Operating Result before Certain Corp Serv Cost** | (294,964) | 122,062 | 4,042,292 | (394,331) | (1,011,938) | (853,405) | (629,822) | 813,813 | 3,136,831 | (467,385) | (656,363) | (496,390) | (648,768) | (526,274) |
| Corporate Service Costs | | | | | | | | | | | | | | |
| **Operating Result** | (294,964) | 122,062 | 4,042,292 | (394,331) | (1,011,938) | (853,405) | (629,822) | 813,813 | 3,136,831 | (467,385) | (656,363) | (496,390) | (648,768) | (526,274) |
| **Interest/Loan Impair Income Third Parties** | | 1,159 | 1,027 | 1,115 | 1,080 | 850 | 253 | | 1,221,404 | | | | | |
| Interest Expense - Third Parties | | | | | | | | | | | 2 | | | |
| **Special Items** | | | | | | | | | | | | | | |
| **Current Tax Expense** | | | | | | | | | | | | | | |
| **Deferred Tax Expense** | | | | | | | | | | | | | | |
| **Net result** | (294,964) | 123,221 | 4,043,319 | (393,216) | (1,010,858) | (852,555) | (629,568) | 813,813 | 4,358,235 | (467,385) | (656,361) | (496,390) | (648,768) | (526,274) |

# Analyzed Business Checking

Account number:  ●●●●●3801  ▪  March 1, 2019 - March 31, 2019  ▪  Page 1 of 2



**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

FIBRANT, LLC
ATTN:  LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ●●●●●3801 | $5,471,122.32 | $4,384.22 | -$798,673.19 | $4,676,833.35 |

# Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/06 | 1,000.00 | Dsm Finance Bv - Payments 190306 2002397088 00*0\Dtm*003*20190301\Adx*0*Zz\SE*24*000059604\GE |
| | 03/26 | 3,384.22 | Deposit Made In A Branch/Store |
| | | **$4,384.22** | **Total electronic deposits/bank credits** |
| | | **$4,384.22** | **Total credits** |

# Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/05 | 6.00 | Microsoft 6041 EDI Paymnt Mar 05 Z30S8H2Swug5 TRN*1*Z30S8H2Swug5\ |
| | 03/05 | 10.00 | Microsoft 6041 EDI Paymnt Mar 05 Z30S8H28Xbh1 TRN*1*Z30S8H28Xbh1\ |
| | 03/05 | 606.62 | Microsoft 6041 EDI Paymnt Mar 05 Z30P8H2Uuqhq TRN*1*Z30P8H2Uuqhq\ |
| | 03/06 | 439.10 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/06 | 2,829.32 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/06 | 5,618.32 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/07 | 28,905.94 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/13 | 304,961.56 | WT Fed#09119 Suntrust Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000023262666 Trn#190313086167 Rfb# 77 |
| | 03/13 | 171.50 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/13 | 14,935.96 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/20 | 63,976.35 | WT Fed#08610 Citibank N.A. /Ftr/Bnf=Lowenstein Sandler LLP Srf# Gw00000023423614 Trn#190320072193 Rfb# 78 |



*Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/20 | 439.10 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/20 | 2,829.36 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/20 | 5,618.30 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/20 | 160,919.08 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/26 | 10,760.64 | Withdrawal Made In A Branch/Store |
| | 03/27 | 531.32 | Achma Visb Bill Pymnt 190326 3949626 Dsm Chemicals North Am |
| | 03/28 | 95,268.95 | WT Fed#06937 Suntrust Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000023619865 Trn#190328064049 Rfb# 80 |
| | 03/28 | 39,851.05 | WT Fed#07339 Citibank N.A. /Ftr/Bnf=Lowenstein Sandler LLP Srf# Gw00000023619866 Trn#190328064060 Rfb# 81 |
| | 03/28 | 54,403.27 | ACH Prep Origintn - Fibrant, LLC - File 7878782339 Coid 1473726694 |
| | 03/28 | 5,591.45 | WT Seq#64023 Glassratner Advisory /Bnf=Brgr Revenue Depository Srf# Gw00000023619529 Trn#190328064023 Rfb# 79 |
| | | **$798,673.19** | **Total electronic debits/bank debits** |
| | | **$798,673.19** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 5,471,122.32 | 03/07 | 5,433,707.02 | 03/26 | 4,872,479.39 |
| 03/05 | 5,470,499.70 | 03/13 | 5,113,638.00 | 03/27 | 4,871,948.07 |
| 03/06 | 5,462,612.96 | 03/20 | 4,879,855.81 | 03/28 | 4,676,833.35 |
| | **Average daily ledger balance** | | **$5,127,296.96** | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



**Bank of America**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

```
Account Number    ●●●9654
01 01 140 01 M0000 E#      0
Last Statement:    02/28/2019
This Statement:    03/29/2019

     IMG
Customer Service
1-888-400-9009
```

FIBRANT LLC
DEBTOR IN POSSESSION CASE 18-10274
AUGUSTA HOLDCO INC, AS SOLE MEMBER
PAYROLL ACCOUNT
PO BOX 2451
AUGUSTA GA  30903-2451

Page     1 of   2

Bankruptcy Case Number:1810274

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 03/01/2019 - 03/29/2019 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/28 | .00 | .00 | 03/29 | .00 | .00 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    ●●●9654
01 01 140 01 M0000 E#    0
Last Statement:    02/28/2019
This Statement:    03/29/2019

    IMG
Customer Service
1-888-400-9009

FIBRANT LLC

Page    2 of    2

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    ●●●6585
01 01 140 05 M0000 E#      0
Last Statement:    02/28/2019
This Statement:    03/29/2019

       IMG
Customer Service
1-888-400-9009

FIBRANT LLC
DEBTOR IN POSSESSION CASE 18-10274
AUGUSTA HOLDCO INC, AS SOLE MEMBER
BUSINESS ACCOUNT-BLKPNDG
PO BOX 2451
AUGUSTA GA  30903-2451

Page    1 of    2

Bankruptcy Case Number:1810274

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 03/01/2019 - 03/29/2019 | Statement Beginning Balance | 1,528.68 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 4,420.25 |
| | Statement Ending Balance | 2,891.57- |
| Number of Enclosures | 0 | | |
| | Service Charge | .00 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/15 | | 4,420.25 | Account Analysis Fee<br>ANALYSIS CHARGE FEBRUARY BILLING FOR<br>PARENT 00656-99999 | 08790014549 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/28 | 1,528.68 | 1,528.68 | 03/29 | 2,891.57- | 2,891.57- |
| 03/15 | 2,891.57- | 2,891.57- | | | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number  ●●●6585
01 01 140 05 M0000 E#    0
Last Statement:   02/28/2019
This Statement:   03/29/2019

  IMG
Customer Service
1-888-400-9009

FIBRANT LLC

Page    2 of    2

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto.  Amendments to the agreement
may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon as you can.  We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly.  If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to
discover errors and unauthorized transactions on your account.  If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.