## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIBRANT, LLC, *et al.*,[1] | ) | Case No. 18-10274 (SDB) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I, Rossmery Martinez being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On April 19, 2019, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket Nos. 768 and 770]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: April 29, 2019

                                        /s/  *Rossmery Martinez*
                                        Rossmery Martinez

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Fibrant, LLC (6694); Evergreen Nylon Recycling, LLC (7625); Fibrant Center South, LLC (8270); and Georgia Monomers Company, LLC (0042).

Exhibit A

**Exhibit A**
Rule 3001(e)(2) or 3001(e)(4)

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Transferred Amount | Docket Number | Claim Number | Claim Amount | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Attn Daniel J. Carragher | One International Place | | | Boston | MA | 02110 | | $2,328,459.20 | 768 | 63 | $2,328,459.20 | Notice Party |
| Linde Gas North America, LLC | Attn Robert Griffin | 200 Somerset Corporate Blvd. | | | Bridgewater | NJ | 08807 | | $2,328,459.20 | 768 | 63 | $2,328,459.20 | Transferee |
| Linde, LLC | Attn Mario Coronado | 200 Somerset Corporate Blvd., Ste 7000 | | | Bridgewater | NJ | 08807-2862 | | $2,328,459.20 | 768 | 63 | $2,328,459.20 | Transferor |
| | | | | | | | | | | | | | |
| Ampleton Group Limited | Ampleton Group Ltd | Priors Court | Churchmere Road | Sutton Courtenay | NR Abingdon | | OX14 4AQ | United Kingdom | $3,363,026.00 | 770 | 84 | $3,363,026.00 | Transferee |
| Ampleton Group Limited | | 6 Old Park Avenue | | | London | | SW12 8RH | United Kingdom | $3,363,026.00 | 770 | 84 | $3,363,026.00 | Notice Party |
| R.M. Railcars LLC | Attn Michael Piazza | Interstate Commodities, Inc. | 7 Madison Street | PO Box 607 | Troy | NY | 12181 | | $3,363,026.00 | 770 | 84 | $3,363,026.00 | Transferor |
| Sabharwal, Globus & Lim LLP | Stanley Lim | 1 Crosfield Avenue | Suite 303 | | West Nyack | NY | 10994 | | $3,363,026.00 | 770 | 84 | $3,363,026.00 | Notice Party |