**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **FIBRANT, LLC**, *et al.*,[1] | ) | **Case No. 18-10274 (SDB)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims, noticing and balloting agent for the Debtors in the above-captioned case.

On May 9, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Consent Order on Objections to Claims of PCS Nitrogen, Inc. (Claim No. 94 and 91-98)** [Docket No. 827].

Furthermore, on May 9, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit F**:

- **Consent Order on Objections to Claim of Betty Baxley and Estate of Malcolm Baxley (Claim No. 65)** [Docket No. 828].

Dated: May 14, 2019

    /s/ Travis R. Buckingham
Travis R. Buckingham
KCC
2335 Alaska Avenue
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Fibrant, LLC (6694); Evergreen Nylon Recycling, LLC (7625); Fibrant Center South, LLC (8270); and Georgia Monomers Company, LLC (0042).

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to DSM Coating Resins, Inc. and Koninklijke DSM, NV | Allen & Overy | Kenneth Rivlin | ken.rivlin@allenovery.com |
| Interested Party | Augusta Sulfate Company / RW Griffin | Attn Gabe Evans | gabe.evans@rwgriffin.com |
| Georgia Department of Natural Resources Environmental Protection Division | Bernadett Rosszer | Assistant Attorney General | brosszer@law.ga.gov |
| Interested Party | Carolina Eastern | Attn Alton C Phillips | alphillips@carolina-eastern.com |
| Counsel to GATX Entities | Chapman and Cutler LLP | Stephen R Tetro | stetro@chapman.com |
| Interested Party | ChemicaInvest Holding, B.V | | jean-paul.velde-van-de@chemicainvest.com |
| Unsecured Creditors Committee | Chemtrade Chemicals US LLC | Attn: Eric Keeble | ekeeble@chemtradelogistics.com |
| Unsecured Creditors Committee | Chevron Phillips Chemical Company LP | Attn: Antonio Cardenas | cardan@cpchem.com |
| Attorney for Sherman and Hemstreet Real Estate Company | Clery West & Huff, LLP | Nathan E. Huff | nhuff@cwhllp.com |
| Attorneys for Steven B. Kendrick, Tax Commissioner | Frails & Wilson, LLC | Randolph Frails, Tameka Haynes | randyfrails@frailswilsonlaw.com; thaynes@frailswilsonlaw.com |
| Unsecured Creditors Committee | GATX Corporation | Attn: Mark Zeman | mark.zeman@gatx.com; brian.glassberg@gatx.com; michael.maffei@gatx.com |
| Counsel for PCS Nitrogen Fertilizer, L.P | Hull Barrett, P.C. | Davis A. Dunaway | ddunaway@hullbarrett.com |
| Counsel to the Official Committee of Unsecured Creditors | John T. Garcia | 205B North Belair Road | garcia81@knology.net |
| Counsel to Chevron Phillips Chemical Company LP | Jones Walker LLP | R. Patrick Vance | pvance@joneswalker.com |
| Counsel to ChemicaInvest Holding BV, CAP I BV, CAP II BV, Fibrant Holding BV, Fibrant BV, and Augusta Holdco Inc (collectively "ChemicaInvest") | Latham & Watkins LLP | Keith A Simon, Adam J Goldberg, Gary P Gengel | keith.simon@lw.com; adam.goldberg@lw.com; gary.gengel@lw.com |
| Unsecured Creditors Committee | Linde, Inc. | Attn: Robert Griffin | Robert.Griffin@linde.com |
| Counsel to Unsecured Creditors Committee | Lowenstein Sandler LLP | Jeffrey D. Prol, Bruce S. Nathan | bnathan@lowenstein.com; jprol@lowenstein.com |
| Counsel to Unsecured Creditors Committee | Lowenstein Sandler LLP | Jeffrey D. Prol, Michael Papandrea | jprol@lowenstein.com; mpapandrea@lowenstein.com |
| United States Trustee | Office of the United States Trustee | Joel Paschke | Joel.Paschke@usdoj.gov |
| Counsel to Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation (collectively, "Chemtrade") | Polsinelli PC | Brian F McEvoy, Matthew S Knoop | bmcevoy@polsinelli.com; mknoop@polsinelli.com |
| Counsel to Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation (collectively, "Chemtrade") | Polsinelli PC | Christopher A Ward | cward@polsinelli.com |
| Counsel to Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation (collectively, "Chemtrade") | Polsinelli PC | Gregory M Leitner | gleitner@polsinelli.com |
| Agent to Lenders That Have Previously Asserted a Blanket Lien on Fibrant's Assets | Rabobank | S Jurjens-Schoonhoven, JA van der Horst | agencydesk@rabobank.com |
| Counsel to ChemicaInvest Holding BV, CAP I BV, CAP II BV, Fibrant Holding BV, Fibrant BV, and Augusta Holdco Inc (collectively "ChemicaInvest") | Scroggins & Williamson | Matthew W Levin, J Robert Williamson | rwilliamson@swlawfirm.com; mlevin@swlawfirm.com |
| Counsel for AdvanSix, Inc., as assignee of the claim of, Scale Systems, Inc. | Stone & Baxter, LLP | Ward Stone, Jr., Matthew S. Cathey, G. Daniel Taylor | wstone@stoneandbaxter.com; mcathey@stoneandbaxter.com; dtaylor@stoneandbaxter.com |
| Counsel to DSM Coating Resins, Inc. and Koninklijke DSM, NV | Taylor English Duma LLP | John K. Rezac;John W. Mills, III | jrezac@taylorenglish.com;jmills@taylorenglish.com |
| Counsel to Augusta Sulfate Company, LLC | Troutman Sanders LLP | Matthew R. Brooks | matthew.brooks@troutman.com |
| Attorney for Columbia Casualty Company; Continental Casualty Company; The Continental Insurance Company, as successor to certain interests of Harbor Insurance Company; Certain Underwriters and Lloyd's, London; Certain London Market Companies (The Edinburgh Assurance Company; World Auxiliary Insurance Company Limited; Accident & Casualty Insurance Company of Winterthur (No, 2A/C); Accident & Casualty Insurance Company of Winterthur (No. 3A/C); New London Reinsurance Company Limited; and The Scottish Lion Insurance Company Limited); Starr Indemnity & Liability Company (f/k/a Republic Insurance Company); and Berkshire Hathaway Specialty Insurance Company (f/k/a Stonewall Insurance Company). | Tucker Long, P.C. | Thomas W. Tucker | ttucker@tuckerlong.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Cousel to the USDOJ | United States Department of Justice | Environment & Natural Resources Division | karl.fingerhood@usdoj.gov |
| Unsecured Creditors Committee | Veenschoten & Company, Inc. | Attn: Jan Hunter | jan@veenschoten.com |
| Attorneys for ACE Property & Casualty Insurance Company and United States Fire Insurance Company | White and Williams LLP | Frank J. Perch, III | perchf@whiteandwilliams.com |

# Exhibit B

**Exhibit B**
Affected Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Interested Party Admiral Insurance Company | Cohen Pollock Merlin Turner, P.C. | Bruce Z. Walker | bwalker@cpmtlaw.com |
| Counsel for Claimant PCS Nitrogen, Inc. and PCS Nitrogen Fertilizer, L.P. | Hull Barrett, P.C. | Davis A. Dunaway | ddunaway@hullbarrett.com |
| Counsel for Claimant PCS Nitrogen, Inc. and PCS Nitrogen Fertilizer, L.P. | Jones Day | Daniel J. Merrett | dmerrett@jonesday.com |
| | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | brian.e.johnson@nutrien.com |
| | PCS Nitrogen Fertilizer, L.P. | Jones Day | dbarav@jonesday.com |
| | PCS Nitrogen, Inc. | c/o Brian E. Johnson | brian.e.johnson@nutrien.com |
| | PCS Nitrogen, Inc. | Jones Day | dbarav@jonesday.com |
| Counsel for Interested Parties ACE Property & Casualty Insurance Company, United States Fire Insurance Company (with respect to policies GLA 284022 and GLA 540 079751 7), and Century Indemnity Company, as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company, and as successor to CCI Insurance Company, as successor to Insurance Company of North America | White and Williams LLP | Frank J. Perch, III | perchf@whiteandwilliams.com |

In re: Fibrant, LLC, *et al.*
Case No.: 18-10274

Page 1 of 1

# Exhibit C

**Exhibit C**
Affected Parties Service List
Served via Electronic Mail

| **Description** | **CreditorName** | **CreditorNoticeName** | **Email** |
|---|---|---|---|
| Counsel for Claimant Betty Baxley, Individually, and as Personal Representative of the Estate of Malcolm M. Baxley | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sharon J. Zinns | sharon.zinns@beasleyallen.com |
|  | Betty Baxley, Individually and as Personal Representative of the Estate of Malcolm M. Baxley | c/o Bealsey Allen Law Firm | kristi.smith@beasleyallen.com; sharon.zinns@beasleyallen.com |
| Counsel for Interested Party Admiral Insurance Company | Cohen Pollock Merlin Turner, P.C. | Bruce Z. Walker | bwalker@cpmtlaw.com |
| Counsel for Claimant Betty Baxley, Individually, and as Personal Representative of the Estate of Malcolm M. Baxley | Nicholson Revell LLP | Adam W. King | adam@nicholsonrevell.com |
| Counsel for Interested Parties ACE Property & Casualty Insurance Company, United States Fire Insurance Company (with respect to policies GLA 284022 and GLA 540 079751 7), and Century Indemnity Company, as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company, and as successor to CCI Insurance Company, as successor to Insurance Company of North America | White and Williams LLP | Frank J. Perch, III | perchf@whiteandwilliams.com |

# Exhibit D

Exhibit D
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to DSM Coating Resins, Inc. and Koninklijke DSM, NV | Allen & Overy | Kenneth Rivlin | 1221 Avenue of the Americas | | | New York | NY | 10020 | |
| Interested Party | Augusta Sulfate Company / RW Griffin | Attn Gabe Evans | PO Box 1350 | | | Douglas | GA | 31534 | |
| Interested Party | Augusta Sulfate Company LLC | | 1472 Columbia Nitrogen Drive | | | Augusta | GA | 30901 | |
| Georgia Department of Natural Resources Environmental Protection Division | Bernadett Rosszer | Assistant Attorney General | 40 Capitol Square, SW | | | Atlanta | GA | 30334-1300 | |
| Interested Party | Carolina Eastern | Attn Alton C Phillips | PO Box 30008 | | | Charleston | SC | 29417 | |
| Counsel to GATX Entities | Chapman and Cutler LLP | Stephen R Tetro | 111 West Monroe Street | | | Chicago | IL | 60603 | |
| Interested Party | ChemicaInvest Holding, B.V | | P.O. Box 6 | | | Geleen | | 6160 AA | Netherlands |
| Unsecured Creditors Committee | Chemtrade Chemicals US LLC | Attn: Eric Keeble | 155 Gordon Baker Road | Suite 300 | | Toronto | ON | M2H 2N5 | Canada |
| Unsecured Creditors Committee | Chevron Phillips Chemical Company LP | Attn: Antonio Cardenas | 10001 Six Pines Drive | | | The Woodlands | TX | 77380 | |
| Attorney for Sherman and Hemstreet Real Estate Company | Clery West & Huff, LLP | Nathan E. Huff | 1223 Geore C. Wilson Dr. | | | Augusta | GA | 30909 | |
| Interested Party | Cottingham & Porter, PC | Robert L Porter, Jr | 319 E Ashley Street | | | Douglas | GA | 31533 | |
| Interested Party | DSM Coating Resins, Inc | Attn Director | 31 Columbia Nitrogen Road | PO Box 2452 | | Augusta | GA | 30903 | |
| Attorneys for Steven B. Kendrick, Tax Commissioner | Frails & Wilson, LLC | Randolph Frails, Tameka Haynes | 211 Pleasant Home Road, Suite A1 | | | Augusta | GA | 30907 | |
| Unsecured Creditors Committee | GATX Corporation | Attn: Mark Zeman | 233 S. Wacker Drive | Ste 5000 | | Chicago | IL | 60606-6371 | |
| Georgia Attorney General | Georgia Attorney General | Christopher M Carr | 40 Capitol Square, SW | | | Atlanta | GA | 30334 | |
| Georgia Department of Revenue | Georgia Department of Revenue | Bankruptcy Section | 1800 Century Center BoulevaRd | Suite 15300 | | Atlanta | GA | 30345 | |
| Georgia Department of Revenue | Georgia Department of Revenue | Lynne Riley | 1800 Century BoulevaRd | State Revenue Commissioner | | Atlanta | GA | 30345 | |
| Georga Environmental Protection Division | Georgia Environmental Protection Division | EPD Director's Office | 2 Martin Luther King Jr. Drive S.E | Suite 1456 | | Atlanta | GA | 30334 | |
| Utilities Company | Georgia Power Co. | | 96 Annex | | | Atlanta | GA | 30396 | |
| Counsel for PCS Nitrogen Fertilizer, L.P | Hull Barrett, P.C. | Davis A. Dunaway | P.O. Box 1564 | | | Augusta | GA | 30903 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19114 | |
| IRS | Internal Revenue Service | | 401 West Peachtree Street NW | Insolvency Stop 334D, Room 400 | | Atlanta | GA | 30308 | |
| Counsel to the Official Committee of Unsecured Creditors | John T. Garcia | | 205B North Belair Road | Post Office Box 1984 | | Evans | GA | 30809 | |
| Counsel to Chevron Phillips Chemical Company LP | Jones Walker LLP | R. Patrick Vance | 201 St. Charles Avenue | Suite 5100 | | New Orleans | LA | 70170 | |
| Interested Party | Koninklijke DSM, NV | Attn Mrs. Annika van Neer | Het Ooverloon 1 | PO 2929 | | HEERLEN | | 6411 TE | Netherlands |
| Counsel to ChemicaInvest Holding BV, CAP I BV, CAP II BV, Fibrant Holding BV, Fibrant BV, and Augusta Holdco Inc (collectively "ChemicaInvest") | Latham & Watkins LLP | Keith A Simon, Adam J Goldberg, Gary P Gengel | 885 Third Avenue | | | New York | NY | 10022-4834 | |
| Unsecured Creditors Committee | Linde, Inc. | Attn: Robert Griffin | 200 Somerset Corporate Blvd. | Suite 7000 | | Bridgewater | NJ | 08807-0000 | |
| Counsel to Unsecured Creditors Committee | Lowenstein Sandler LLP | Jeffrey D. Prol, Bruce S. Nathan | 1251 Avenue of the Americas | 17th Floor | | New York | NY | 10020 | |
| Counsel to Unsecured Creditors Committee | Lowenstein Sandler LLP | Jeffrey D. Prol, Michael Papandrea | One Lowenstein Dr | | | Roseland | NJ | 07068-0000 | |
| United States Trustee | Office of the United States Trustee | Joel Paschke | 2 East Bryan Street | Suite 725 | Johnson Square Business Center | Savannah | GA | 31401 | |
| Counsel to Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation (collectively,"Chemtrade") | Polsinelli PC | Brian F McEvoy, Matthew S Knoop | 1201 West Peachtree Street NW | Suite 1100 | | Atlanta | GA | 30309 | |
| Counsel to Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation (collectively,"Chemtrade") | Polsinelli PC | Christopher A Ward | 222 Delaware Avenue | Suite 1101 | | Wilmington | DE | 19801 | |
| Counsel to Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation (collectively,"Chemtrade") | Polsinelli PC | Gregory M Leitner | Liberty Tower | 605 Chestnut Street | Suite 900 | Chattanooga | TN | 37450-0011 | |
| Agent to Lenders That Have Previously Asserted a Blanket Lien on Fibrant's Assets | Rabobank | S Jurjens-Schoonhoven, JA van der Horst | UCZ-0010 | PO Box 17100 | 3500 HG Utrecht | Croesclaan 28 | CB | Utrecht | Netherlands |
| Counsel to ChemicaInvest Holding BV, CAP I BV, CAP II BV, Fibrant Holding BV, Fibrant BV, and Augusta Holdco Inc (collectively "ChemicaInvest") | Scroggins & Williamson | Matthew W Levin, J Robert Williamson | 4401 Northside Parkway | Suite 450 | | Atlanta | GA | 30327 | |
| Counsel for AdvanSix, Inc., as assignee of the claim of,Scale Systems, Inc. | Stone & Baxter, LLP | Ward Stone, Jr., Matthew S. Cathey, G. Daniel Taylor | 577 Mulberry Street, Suite 800 | | | Macon | GA | 31201 | |
| Counsel to DSM Coating Resins, Inc. and Koninklijke DSM, NV | Taylor English Duma LLP | John K. Rezac;John W. Mills, III | 1600 Parkwood Circle | Suite 200 | | Atlanta | GA | 30339 | |
| Counsel to Augusta Sulfate Company, LLC | Troutman Sanders LLP | Matthew R. Brooks | Bank of America Plaza | 600 Peachtree Street NE | Suite 3000 | Atlanta | GA | 30308-2216 | |

Exhibit D
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Attorney for Columbia Casualty Company; Continental Casualty Company; The Continental Insurance Company, as successor to certain interests of Harbor Insurance Company; Certain Underwriters and Lloyd's, London; Certain London Market Companies (The Edinburgh Assurance Company; World Auxiliary Insurance Company Limited; Accident & Casualty Insurance Company of Winterthur (No, 2A/C); Accident & Casualty Insurance Company of Winterthur (No. 3A/C); New London Reinsurance Company Limited; and The Scottish Lion Insurance Company Limited); Starr Indemnity & Liability Company (f/k/a Republic Insurance Company); and Berkshire Hathaway Specialty Insurance Company (f/k/a Stonewall Insurance Company). | Tucker Long, P.C. | Thomas W. Tucker | PO Box 2426 | | | Augusta | GA | 30903 | |
| Cousel to the USDOJ | United States Department of Justice | Environment & Natural Resources Division | Karl Fingerhood, Senior Counsel | P.O. Box 7611 | | Washington | DC | 20044-7611 | |
| US EPA | United States Environmental Protection Agency | EPA Regional Administrator | 61 Forsyth Street SW | EPA Region 4 | | Atlanta | GA | 30303 | |
| US Attorney for Southern District of Georgia | US Attorney | | 600 James Brown Blvd, Suite 200 | | | Augusta | GA | 30901 | |
| Unsecured Creditors Committee | Veenschoten & Company, Inc. | Attn: Jan Hunter | 3 Riverchase Office Plaza | Suite 120 | | Birmingham | AL | 35244 | |
| Attorneys for ACE Property & Casualty Insurance Company and United States Fire Insurance Company | White and Williams LLP | Frank J. Perch, III | 1650 Market Street | Suite 1800 | | Philadelphia | PA | 19103 | |

# Exhibit E

**Exhibit E**
Affected Parties Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Interested Party Admiral Insurance Company | Cohen Pollock Merlin Turner, P.C. | Bruce Z. Walker | 3350 Riverwood Parkway, Suite 1600 | | Atlanta | GA | 30339 |
| Counsel for Claimant PCS Nitrogen, Inc. and PCS Nitrogen Fertilizer, L.P. | Hull Barrett, P.C. | Davis A. Dunaway | PO Box 1564 | | Augusta | GA | 30903 |
| Counsel for Claimant PCS Nitrogen, Inc. and PCS Nitrogen Fertilizer, L.P. | Jones Day | Daniel J. Merrett | 1420 Peachtree Street, N.E., Suite 800 | | Atlanta | GA | 30309-3053 |
| | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | Northbrook | IL | 60062 |
| | PCS Nitrogen Fertilizer, L.P. | Jones Day | c/o Danielle Barav-Johnson, Daniel J. Merrett, Esq. | 1420 Peachtree Street, NE, Suite 800 | Atlanta | GA | 30309-3053 |
| | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | Northbrook | IL | 60062 |
| | PCS Nitrogen, Inc. | Jones Day | c/o Danielle Barav-Johnson, Daniel J. Merrett, Esq. | 1420 Peachtree Street, NE, Suite 800 | Atlanta | GA | 30309-3053 |
| Counsel for Interested Parties ACE Property & Casualty Insurance Company, United States Fire Insurance Company (with respect to policies GLA 284022 and GLA 540 079751 7), and Century Indemnity Company, as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company, and as successor to CCI Insurance Company, as successor to Insurance Company of North America | White and Williams LLP | Frank J. Perch, III | 1650 Market Street, Suite 1800 | | Philadelphia | PA | 19103 |

In re: Fibrant, LLC, *et al.*
Case No.: 18-10274

Page 1 of 1

# Exhibit F

**Exhibit F**

Affected Parties Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Claimant Betty Baxley, Individually, and as Personal Representative of the Estate of Malcolm M. Baxley | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sharon J. Zinns | 4200 Northside Parkway, NW | Building 14, Suite 100 | Atlanta | GA | 30327 |
|  | Betty Baxley, Individually and as Personal Representative of the Estate of Malcolm M. Baxley | c/o Bealsey Allen Law Firm | Post Office Box 4160 |  | Montgomery | AL | 36103-4160 |
| Counsel for Interested Party Admiral Insurance Company | Cohen Pollock Merlin Turner, P.C. | Bruce Z. Walker | 3350 Riverwood Parkway, Suite 1600 |  | Atlanta | GA | 30339 |
| Counsel for Claimant Betty Baxley, Individually, and as Personal Representative of the Estate of Malcolm M. Baxley | Nicholson Revell LLP | Adam W. King | 4137 Columbia Road |  | Augusta | GA | 30907 |
| Counsel for Interested Parties ACE Property & Casualty Insurance Company, United States Fire Insurance Company (with respect to policies GLA 284022 and GLA 540 079751 7), and Century Indemnity Company, as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company, and as successor to CCI Insurance Company, as successor to Insurance Company of North America | White and Williams LLP | Frank J. Perch, III | 1650 Market Street, Suite 1800 |  | Philadelphia | PA | 19103 |

In re: Fibrant, LLC, *et al.*
Case No.: 18-10274

Page 1 of 1