## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FIBRANT, LLC, et al., | ) | CASE NO. 18-10274 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. REISS

COMES NOW Michael J. Reiss ("**Movant**") with the law firm of Latham & Watkins LLP and hereby moves this Court pursuant to Local Bankruptcy Rule 2090-1 for permission to appear *pro hac vice* in the above-captioned cases filed in the United States Bankruptcy Court for the Southern District of Georgia on behalf of ChemicaInvest Holding B.V., CAP I B.V., CAP II B.V., Fibrant Holding B.V., Fibrant B.V., and Augusta Holdco, Inc. (collectively "**ChemicaInvest**"). In support of this Motion, Movant states as follows, under penalty of perjury:

1.     Movant does not reside or maintain an office for the practice of law in the Southern District of Georgia.  Movant has not previously appeared in any cases filed in the Southern District of Georgia.

2.     Movant is a member in good standing of the State Bar of California, and is also admitted to practice and is presently a member in good standing of the Bar for the U.S. District Court for the Central District of California.  A certificate of good standing to such effect is attached hereto as Exhibit A.

3.     Movant designates Matthew W. Levin as local counsel.  Mr. Levin's business address is provided below in the Consent of Designated Local Counsel.

4.      Movant further certifies that she has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

Wherefore, Movant respectfully requests that the Court enter the proposed order attached hereto as <u>Exhibit B</u>, and that she be admitted *pro hac vice* in the above-captioned Chapter 11 cases.

This 21st day of May, 2019.

LATHAM & WATKINS LLP


By:    */s/ Michael J. Reiss*
　　　　MICHAEL J. REISS

355 South Grand Avenue
Los Angeles, CA 90071-1560
T: (213) 891-7522
F: (213) 891-8763
E: michael.reiss@lw.com


## **CONSENT OF DESIGNATED LOCAL COUNSEL**

I, Matthew W. Levin, designated local counsel for Movant in the above-captioned cases, agree to accept service of motions and papers in the above-captioned cases on behalf of Movant.

This 21st day of May, 2019.

SCROGGINS & WILLIAMSON, P.C.

By: *_/s/ Matthew W. Levin_*
　　　　MATTHEW W. LEVIN
　　　　Georgia Bar No. 448270

4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T: (404) 893-3880
F: (404) 893-3886
E: mlevin@swlawfirm.com

*Counsel for ChemicaInvest*

## <u>EXHIBIT A</u>

**Certificate of Good Standing**

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

Michael J. Reiss , Bar No. 275021

was duly admitted to practice in this Court on March 16, 2011

*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on May 20, 2019

*Date*

KIRY K. GRAY
Clerk of Court



By _Lai Muraoka_

Lori Muraoka , Deputy Clerk

**CERTIFICATE OF GOOD STANDING - BAR MEMBER**

## **EXHIBIT B**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **FIBRANT, LLC, et al.,** | ) | **CASE NO. 18-10274** |
| | ) | |
| Debtors. | ) | **(Jointly Administered Requested)** |
| _____ | ) | |

**ORDER GRANTING MOTION FOR ADMISSION**
**PRO HAC VICE OF MICHAEL J. REISS**

It appearing to the Court that Michael J. Reiss, attorney at law, meets the requirements stated in Local Bankruptcy Rule 2090-1 and LR 83.4 for admission *pro hac vice* and is a member in good standing of State Bar of California and authorized to practice before the United States District Court for the Central District of California, it is hereby:

ORDERED that the motion of Michael J. Reiss to appear *pro hac vice* in the above-styled Chapter 11 cases as counsel to ChemicaInvest Holding B.V., CAP I B.V., CAP II B.V., Fibrant Holding B.V., Fibrant B.V., and Augusta Holdco, Inc. (collectively "**ChemicaInvest**") is GRANTED in all respects.

[END OF DOCUMENT]

Prepared and presented by:

SCROGGINS & WILLIAMSON, P.C.


By: */s/ Matthew W. Levin*
      MATTHEW W. LEVIN
      Georgia Bar No. 448270

4401 Northside Parkway, Suite 450
Atlanta, GA 30327
T: (404) 893-3880
F: (404) 893-3886
E: mlevin@swlawfirm.com

*Counsel for ChemicaInvest*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Michael J. Reiss* electronically through the CM/ECF system to the parties listed below:

James C. Overstreet Jr.                       Office of the United States Trustee
Klosinski Overstreet, LLP                    Johnson Square Business Center
1229 Augusta West Parkway               Suite 725
Augusta, GA 30909                             2 East Bryan Street
                                                          Savannah, GA 31401

This 21st day of May, 2019.

SCROGGINS & WILLIAMSON, P.C.

By: */s/ Matthew W. Levin*
        MATTHEW W. LEVIN
        Georgia Bar No. 448270

4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T: (404) 893-3880
F: (404) 893-3886
E: mlevin@swlawfirm.com

*Counsel for ChemicaInvest*