# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | | |
|---|---|---|
| In the matter of: | ) | |
| | ) | Case No.: 18-10274-SDB |
| **Fibrant, LLC,** *et al*[1], | ) | Chapter: 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

## ORDER REQUIRING MOVANT TO MAIL NOTICE

**IT IS ORDERED THAT:**

1) Movant shall mail, on or before June 17, 2019, a copy of the Notice of Hearing on Motion for Payment of Administrative Expense of Sherman and Hemstreet Real Estate Company (Docket Entry No. 865) to all parties.

2) Thereafter Movant shall complete and immediately thereafter file with the Court a Certificate of Service.



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated **June 10, 2019**

*B−07 [Rev. 02/17]*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Fibrant, LLC (6694); Evergreen Nylon Recycling, LLC (7625); Fibrant South Center, LLC (8270); and Georgia Monomers Company, LLC (0042).