| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2018 | 1 | Veenschoten & Company, Inc. | Jan Hunter Veenschoten & Co., Inc. | 3 Riverchase Office Plaza, Ste 120 | | | Birmingham | AL | 35244 | | $152,010.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/15/2018 | 2 | American Express Travel Related Services Company, Inc. | Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | $679.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/19/2018 | 3 | HOERBIGER SERVICE INC | | 1358 W NEWPORT CENTER DRIVE | | | DEERFIELD BEACH | FL | 33442 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/23/2018 | 4 | Environmental Operating Solutions Inc. | | 160 Macarthur Blvd, Suite 6 | | | Bourne | MA | 02532 | | $8,973.90 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/26/2018 | 5 | Covanta Environmental Solutions LLC. | Attn Christian Hobbis | Covanta Energy LLC | 445 South Street | | Morristown | NJ | 07960 | | $1,989.83 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/26/2018 | 6 | IntelliTrans, LLC | | PO Box 934941 | | | Atlanta | GA | 31193-4941 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/20/2018 | 7 | Safety-Kleen/CleanHarbors | | 600 Longwater Drive | | | Norwell | MA | 02061 | | $4,611.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/12/2018 | 8 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 04/13/2018 | 9 | GreatAmerica Financial Services Corporation | Attn Peggy Upton | PO Box 609 | | | Cedar Rapids | IA | 52406 | | $2,619.23 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/16/2018 | 10 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 04/16/2018 | 11 | James W. Price, Jr. | | 563 Plantation Dr | | | North Augusta | SC | 29841 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/16/2018 | 12 | Chevron Phillips Chemical Company LP | | 10001 Six Pines Drive | | | The Woodlands | TX | 77386 | | $5,930,004.46 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/16/2018 | 12 | Chevron Phillips Chemical Company LP | | 10001 Six Pines Drive | | | The Woodlands | TX | 77386 | | $0.00 | Secured | | | | Fibrant, LLC | 18-10274 |
| 04/17/2018 | 13 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Priority | | | | Fibrant South Center, LLC | 18-10275 |
| 04/17/2018 | 13 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 04/18/2018 | 14 | Richmond County Tax Commissioner | Steven B. Kendrick | 535 Telfair St., Room 100 | | | Augusta | GA | 30901 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/18/2018 | 15 | Richmond County Tax Commissioner | Steven B. Kendrick | 535 Telfair St., Room 100 | | | Augusta | GA | 30901 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/23/2018 | 16 | Geosyntec Consultants, Inc. | Christopher Bennett, Esq. | 1111 Broadway Floor 6 | | | Oakland | CA | 94607 | | $7,393.86 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/30/2018 | 17 | Richmond County Tax Commissioner | | 535 Telfair Street, Room 100 | | | Augusta | GA | 30901 | | $0.00 | General Unsecured | A | | 04/18/2018 | Fibrant, LLC | 18-10274 |
| 04/30/2018 | 17 | Richmond County Tax Commissioner | | 535 Telfair Street, Room 100 | | | Augusta | GA | 30901 | | $590,599.20 | Priority | A | | 04/18/2018 | Fibrant, LLC | 18-10274 |
| 05/02/2018 | 18 | ADVANCED DISPOSAL SERVICES | ADVANCED DISPOSAL | 5734 COLUMBIA ROAD | | | GROVETOWN | GA | 30813 | | $7,132.69 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/08/2018 | 19 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Priority | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 05/17/2018 | 20 | Windstream | Attn Kathy Storla | 929 Marthas Way | | | Hiawatha | IA | 52233 | | $4,158.28 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/23/2018 | 21 | Control Southern, Inc. | Elaine Decker | 3850 Lakefield Drive | | | Suwanee | GA | 30024 | | $114,439.86 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/29/2018 | 22 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,381.52 | Priority | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 05/29/2018 | 23 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,087.03 | General Unsecured | A | | 04/16/2018 | Georgia Monomers Company, LLC | 18-10277 |
| 05/29/2018 | 24 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | General Unsecured | A | | 04/17/2018 | Fibrant South Center, LLC | 18-10275 |
| 05/25/2018 | 25 | Cranston Engineering Group, P.C. | | 452 Ellis Street | | | Augusta | GA | 30901 | | $5,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 26 | Flint Hills Resources, LP | Arnold Lenz | 4111 E 37th Street North | | | Wichita | KS | 67220 | | $713,111.80 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 27 | Georgia Department of Natural Resources, Environmental Protection Division | Amy Mussler | 2 Martin Luther King Jr. Drive, Suite 1054 East | | | Atlanta | GA | 30334 | | $2,126,200.00 | Secured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 28 | Georgia Department of Natural Resources, Environmental Protection Division | Amy Mussler | 2 Martin Luther King Jr. Drive, Suite 1054 East | | | Atlanta | GA | 30334 | | $0.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 29 | Koch Rail, LLC | Arnold Lenz | 4111 E 37th Street North | | | Wichita | KS | 67220 | | $125,400.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 30 | Georgia Power Company | c/o Courtney McCormick McGuireWoods, LLP | 50 North Laura Street, Suite 3300 | | | Jacksonville | FL | 32202 | | $124,945.46 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/06/2018 | 31 | SOUTHEAST RAILCAR INC | TERRI SATTERFIELD | PO BOX 1204 | | | AMERICUS | GA | 31709 | | $27,237.63 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/06/2018 | 32 | FIBERLITE TECHNOLOGIES INC | | 3605 E. 25TH STREET | | | JOPLIN | MO | 64804 | | $0.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/07/2018 | 33 | HORNE LABEL & PRINTING LLC | SUZANNE HORNE | 312 S CHERRY RD | | | ROCK HILL | SC | 29732 | | $0.00 | Admin Priority | | | | Fibrant, LLC | 18-10274 |
| 06/07/2018 | 33 | HORNE LABEL & PRINTING LLC | SUZANNE HORNE | 312 S CHERRY RD | | | ROCK HILL | SC | 29732 | | $30,704.66 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 34 | BAIN LARRY R | | 4655 BRITTANY DRIVE | | | EVANS | GA | 30809 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 35 | BMSI, Inc. | Attn Brian P. Hall, Esq. | c/o Smith, Gambrell and Russell, LLP | 1230 Peachtree Street, NE, Suite 3100 | | Atlanta | GA | 30309 | | $323,695.24 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 36 | GRIFFIN GEAR INC | | 131 RAILROAD STREET | | | ROEBUCK | SC | 29376 | | $43,050.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/14/2018 | 37 | CENTURY 3 ENGINEERING LLC | | 112 SOUTH MAIN STREET SUITE C | | | GREER | SC | 29650 | | $19,473.89 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 38 | BELL DAVID J | DAVID BELL | 256 CHURCH ROAD | | | BEECH ISLAND | SC | 29842 | | EXPUNGED | Priority | A | | | Fibrant, LLC | 18-10274 |
| 06/15/2018 | 39 | IDG USA LLC | Attn TJ Gilmore | 2100 The Oaks Parkway | PO Box 1127 | | Belmont | NC | 28012 | | $897.07 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/18/2018 | 40 | HAVER & BOECKER USA | | 460 GEES MILL BUSINESS COURT | | | CONYERS | GA | 30013 | | $1,513.32 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/18/2018 | 41 | Great Northern Insurance Company | c/o CHUBB | 436 Walnut Street | | | Philadelphia | PA | 19106 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/11/2018 | 42 | Christopher Roland | | 2275 Darlington Dr | | | Augusta | GA | 30904 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 43 | EADY JEMERAL R | JEMERAL EADY | 507 ARTMUS ST | | | AUGUSTA | GA | 30901 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 06/19/2018 | 44 | ALLEYKAT EQUIPMENT & PARTS | | 113 SOUTH RAILROAD STREET | | | MIDVILLE | GA | 30441 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/18/2018 | 45 | DE LAGE LANDEN FINANCIAL SERVICES | P. KAHLER | 1111 OLD EAGLE SCHOOL ROAD | | | WAYNE | PA | 19087 | | $4,710.32 | Secured | | | | Fibrant, LLC | 18-10274 |
| 06/21/2018 | 46 | EZELL COLLEEN L | | 409 RABBIT RD | | | JACKSON | SC | 29831 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/25/2018 | 47 | ADS SECURITY LP | | 3001 ARMORY DRIVE SUITE 100 | | | NASHVILLE | TN | 37204 | | $790.47 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/27/2018 | 48 | LONG WILLIAM K | | 105 LONG RD | | | SALUDA | SC | 29138 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/29/2018 | 49 | Rawson, Inc. | Metz Lewis Brodman Must OKeefe LLC | 535 Smithfield Street, Suite 800 | | | Pittsburgh | PA | 15222 | | $64,006.50 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/02/2018 | 50 | THOMPSON INDUSTRIAL SERVICES LLC | | 104 N MAIN STREET | | | SUMTER | SC | 29150 | | $20,944.63 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/08/2018 | 51 | PAYNELESS ENTERPRISES LLC | | 4218 GREEN IVEY LANE | | | MARTINEZ | GA | 30907 | | $2,681.25 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/10/2018 | 52 | Mobile Mini Tank & Pump Solutions | Attn Legal Dept | 4646 E. Van Buren St., Suite 400 | | | Phoenix | AZ | 85008−6927 | | $1,043.28 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/17/2018 | 53 | WILLIAMS RONALD H | | 1024 TODD AVENUE | | | NORTH AUGUSTA | SC | 29841 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/23/2018 | 54 | West Health Advocate Solutions, Inc. | | 11808 Miracle Hills Drive | | | Omaha | NE | 68154 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/20/2018 | 55 | Austin Maintenance & Construction, Inc. | Janet Ayyad Ismail | 3535 Travis Street, Suite 300 | | | Dallas | TX | 75204 | | $2,784.41 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/20/2018 | 56 | SAPP JR RALPH H | | 1823 COURTNEY DR | | | NORTH AUGUSTA | SC | 29841 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/23/2018 | 57 | Georgia Department of Natural Resources, Environmental Protection Division | Amy Mussler | 2 Martin Luther King Jr. Drive, Suite 1054 East | | | Atlanta | GA | 30334 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/23/2018 | 58 | CONNAUGHTON GEORGE E | | 3800 LAUREL STREET | | | ST AUGUSTINE | FL | 32084 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/25/2018 | 59 | BEAL BILLY M | | 3740 INVERNESS WAY | | | MARTINEZ | GA | 30907 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/25/2018 | 60 | AdvanSix, Inc. | Attn John M. Quitmeyer | 300 Kimball Drive Suite 101 | | | Parsippany | NJ | 07054 | | $1,015.54 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/25/2018 | 61 | AUGUSTA CHILLER SERVICE INC | | 240 CAMILLA AVE | | | AUGUSTA | GA | 30907 | | $4,317.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/26/2018 | 62 | GARRETT ALRENA | | 2458 DUBLIN DRIVE | | | AUGUSTA | GA | 30906 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/26/2018 | 63 | Linde Gas North America, LLC | Attn Robert Griffin | 200 Somerset Corporate Blvd. | | | Bridgewater | NJ | 08807 | | $2,328,459.20 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 64 | Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation | Christopher A. Ward | 222 Delaware Avenue, Suite 1101 | | | Wilmington | DE | 19801 | | $16,223,767.77 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 65 | Betty Baxley, Individually and as Personal Representative of the Estate of Malcolm M. Baxley | c/o Bealsey Allen Law Firm | Post Office Box 4160 | | | Montgomery | AL | 36103-4160 | | $500,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 66 | Fibrant B.V. | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 66 | Fibrant B.V. | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 67 | ChemicalInvest Holding B.V. | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 67 | ChemicalInvest Holding B.V. | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 68 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 68 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 69 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/30/2018 | 69 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/30/2018 | 70 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/30/2018 | 70 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/30/2018 | 71 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 07/30/2018 | 71 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 07/27/2018 | 72 | MARK CLARK RICHARD AKA RICHARD MARK CLARK | | 3926 OLD TRAIL ROAD | | | MARTINEZ | GA | 30907 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 73 | GATX Corporation | Brian Glassberg | 233 S Wacker Dr | | | Chicago | IL | 60606 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 74 | Hoerbiger Service Inc | | 1348 W. Newport Ctr Dr | | | Deerfield Beach | FL | 33442 | | $28,526.48 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 75 | CHERRY BEKAERT | BONNIE COX | 1029 GREENE STREET | | | AUGUSTA | GA | 30901 | | $14,863.33 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 76 | Praxair Inc | Attn Catherine E.M. Kortlandt, Esq. | Law Dept., Praxair, Inc. | 10 Riverview Drive | | Danbury | CT | 06810 | | W/D | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 77 | GATX Corporation | Brian Glassberg | 233 S Wacker Dr | | | Chicago | IL | 60606 | | $4,729,900.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 78 | BOBBY OSTEEN | | 224 BAY TREE COURT | | | AIKEN | SC | 29803 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 79 | MARSH SA/NV | | AVENUE HERRMANN - DEBROUX 2 | | | BRUSSELS | | 1160 | BELGIUM | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 80 | DEGENNARO PAUL F | | 114 FOX TRAIL DRIVE | | | NORTH AUGUSTA | SC | 29860 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 81 | CSX Transportation, Inc. | c/o Courtney A. McCormick | McGuireWoods LLP | 50 N. Laura Street, Suite 3300 | | Jacksonville | FL | 32210 | | $2,089.56 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 82 | Charles H. Holley, Jr. | c/o Charles W. Wills, Esq. | PO Box 1620 | | | Thomson | GA | 30824 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/29/2018 | 83 | Brent B. Mullis | c/o Charles W. Wills, Esq. | PO Box 1620 | | | Thomson | GA | 30824 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 84 | Ampleton Group Limited | Ampleton Group Ltd | Priors Court | Churchmere Road | Sutton Courtenay | NR Abingdon | | OX14 4AQ | United Kingdom | $3,363,026.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 85 | Georgia Self-Insurers Guaranty Trust Fund | | 303 Peachtree Street NE Suite 3500 | | | Atlanta | GA | 30308 | | EXPUNGED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 85 | Georgia Self-Insurers Guaranty Trust Fund | | 303 Peachtree Street NE Suite 3500 | | | Atlanta | GA | 30308 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 86 | BLUE RIDGE RAILCAR REPAIR LLC | ERIC W. CROSSMAN | 10060 SKINNER LAKE DRIVE | | | JACKSONVILLE | FL | 32246 | | $4,211.19 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 87 | Augusta Sulfate Company, LLC | c/o Robert L. Porter | 319 E. Ashley Street | | | Douglas | GA | 31533 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 87 | Augusta Sulfate Company, LLC | c/o Robert L. Porter | 319 E. Ashley Street | | | Douglas | GA | 31533 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2018 | 88 | BRINSON GENEVA L | | 2067 WHARTON DRIVE | | | AUGUSTA | GA | 30904 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 89 | National Union Fire Insurance Company of Pittsburgh, PA on Behalf of the Entities Listed on Exhibit A | Kevin Larner | 80 Pine Street, 13th Floor | | | New York | NY | 10005 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 90 | SMBC Rail Services LLC, on Behalf of American Railcar Leasing LLC | c/o Katy Drechsel, Chief Legal Officer | 5600 Mexico Road, Suite 2 | | | St. Peters | MO | 63376 | | $1,650,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 91 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/31/2018 | 92 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/31/2018 | 93 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 94 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $606,253.76 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 95 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 07/31/2018 | 96 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 07/31/2018 | 97 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/31/2018 | 98 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/31/2018 | 99 | Arch Specialty Insurance Company | Francine Petrosino, Legal Assistant | 210 Hudson Street, Suite 300 | | | Jersey City | NJ | 07311 | | EXPUNGED | Admin Priority | | | | Fibrant, LLC | 18-10274 |
| 08/01/2018 | 100 | National Union Fire Insurance Company of Pittsburgh, Pa. on Behalf of the Entities Listed on Exhibit A | Kevin Larner, Authorized Representative | 80 Pine Street, 13th Floor | | | New York | NY | 10005 | | UNLIQUIDATED | General Unsecured | A | | 07/30/2018 | Fibrant, LLC | 18-10274 |
| 08/02/2018 | 101 | MCGAHEE MICHAEL K | MICHAEL K MCGAHEE | 527 RICHMOND HILL RD W APT C-1 | | | AUGUSTA | GA | 30906 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 08/03/2018 | 102 | R GLENN HOFFMAN | | 327 WILLIAM STREET | | | SOMERVILLE | NJ | 08876 | | EXPUNGED | Secured | | | | Fibrant, LLC | 18-10274 |
| 08/03/2018 | 102 | R GLENN HOFFMAN | | 327 WILLIAM STREET | | | SOMERVILLE | NJ | 08876 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 08/11/2018 | 103 | ADAMS JAMES M | | 5731 SPRING CREEK RD | | | GROVETOWN | GA | 30813 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 10/18/2018 | 104 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $3,712.03 | General Unsecured | A | | 04/16/2018 | Georgia Monomers Company, LLC | 18-10277 |
| 02/03/2019 | 105 | David Mathews | | 109 Yaun Road | | | North Augusta | SC | 29841 | | $47,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/25/2019 | 106 | STONESTREET THOMAS A | | 197 MARKS WALDEN ROAD | | | BLYTHE | GA | 30805 | | UNLIQUIDATED | Priority | | | | Fibrant, LLC | 18-10274 |
| 04/25/2019 | 107 | Department of Treasury- Internal Revenue Service | | P O Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,381.52 | General Unsecured | A | | 05/29/2018 | Fibrant, LLC | 18-10274 |
| 04/25/2019 | 107 | Department of Treasury- Internal Revenue Service | | P O Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | Priority | A | | 05/29/2018 | Fibrant, LLC | 18-10274 |
| 04/24/2019 | 108 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | General Unsecured | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 05/22/2019 | 109 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $129,351.72 | Priority | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 05/22/2019 | 109 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $12,396.72 | General Unsecured | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 07/16/2019 | 110 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | General Unsecured | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/2018 | 103 | ADAMS JAMES M | | 5731 SPRING CREEK RD | | | GROVETOWN | GA | 30813 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/25/2018 | 47 | ADS SECURITY LP | | 3001 ARMORY DRIVE SUITE 100 | | | NASHVILLE | TN | 37204 | | $790.47 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/02/2018 | 18 | ADVANCED DISPOSAL SERVICES | ADVANCED DISPOSAL | 5734 COLUMBIA ROAD | | | GROVETOWN | GA | 30813 | | $7,132.69 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/25/2018 | 60 | AdvanSix, Inc | Attn John M. Quitmeyer | 300 Kimball Drive Suite 101 | | | Parsippany | NJ | 07054 | | $1,015.54 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/19/2018 | 44 | ALLEYKAT EQUIPMENT & PARTS | | 113 SOUTH RAILROAD STREET | | | MIDVILLE | GA | 30441 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/15/2018 | 2 | American Express Travel Related Services Company, Inc. | Becket and Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | $679.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 84 | Ampleton Group Limited | Ampleton Group Ltd | Priors Court | Churchmere Road | Sutton Courtenay | NR Abingdon | | OX14 4AQ | United Kingdom | $3,363,026.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 99 | Arch Specialty Insurance Company | Francine Petrosino, Legal Assistant | 210 Hudson Street, Suite 300 | | | Jersey City | NJ | 07311 | | EXPUNGED | Admin Priority | | | | Fibrant, LLC | 18-10274 |
| 07/25/2018 | 61 | AUGUSTA CHILLER SERVICE INC | | 240 CAMILLA AVE | | | AUGUSTA | GA | 30907 | | $4,317.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 87 | Augusta Sulfate Company, LLC | c/o Robert L. Porter | 319 E. Ashley Street | | | Douglas | GA | 31533 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 87 | Augusta Sulfate Company, LLC | c/o Robert L. Porter | 319 E. Ashley Street | | | Douglas | GA | 31533 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/20/2018 | 55 | Austin Maintenance & Construction, Inc. | Janet Ayyad Ismail | 3535 Travis Street, Suite 300 | | | Dallas | TX | 75204 | | $2,784.41 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 34 | BAIN LARRY R | | 4655 BRITTANY DRIVE | | | EVANS | GA | 30809 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/25/2018 | 59 | BEAL BILLY M | | 3740 INVERNESS WAY | | | MARTINEZ | GA | 30907 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 38 | BELL DAVID J | DAVID BELL | 256 CHURCH ROAD | | | BEECH ISLAND | SC | 29842 | | EXPUNGED | Priority | A | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 65 | Betty Baxley, Individually and as Personal Representative of the Estate of Malcolm M. Baxley | c/o Bealsey Allen Law Firm | Post Office Box 4160 | | | Montgomery | AL | 36103-4160 | | $500,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 86 | BLUE RIDGE RAILCAR REPAIR LLC | ERIC W. CROSSMAN | 10060 SKINNER LAKE DRIVE | | | JACKSONVILLE | FL | 32246 | | $4,211.19 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 35 | BMSI, Inc. | Attn Brian P. Hall, Esq. | c/o Smith, Gambrell and Russell, LLP | 1230 Peachtree Street, NE, Suite 3100 | | Atlanta | GA | 30309 | | $323,695.24 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 78 | BOBBY OSTEEN | | 224 BAY TREE COURT | | | AIKEN | SC | 29803 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/29/2018 | 83 | Brent B. Mullis | c/o Charles W. Wills, Esq. | PO Box 1620 | | | Thomson | GA | 30824 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 88 | BRINSON GENEVA L | | 2067 WHARTON DRIVE | | | AUGUSTA | GA | 30904 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 68 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 68 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 69 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/30/2018 | 69 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/30/2018 | 70 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/30/2018 | 70 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/30/2018 | 71 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 07/30/2018 | 71 | CAP II B.V. | Adam Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 06/14/2018 | 37 | CENTURY 3 ENGINEERING LLC | | 112 SOUTH MAIN STREET SUITE C | | | GREER | SC | 29650 | | $19,473.89 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 82 | Charles H. Holley, Jr | c/o Charles W. Wills, Esq. | PO Box 1620 | | | Thomson | GA | 30824 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 67 | ChemicalInvest Holding B.V | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 67 | ChemicalInvest Holding B.V | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 64 | Chemtrade Chemicals US LLC and Chemtrade Chemicals Corporation | Christopher A. Ward | 222 Delaware Avenue, Suite 1101 | | | Wilmington | DE | 19801 | | $16,223,767.77 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 75 | CHERRY BEKAERT | BONNIE COX | 1029 GREENE STREET | | | AUGUSTA | GA | 30901 | | $14,863.33 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/16/2018 | 12 | Chevron Phillips Chemical Company LP | | 10001 Six Pines Drive | | | The Woodlands | TX | 77386 | | $5,930,004.46 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/16/2018 | 12 | Chevron Phillips Chemical Company LP | | 10001 Six Pines Drive | | | The Woodlands | TX | 77386 | | $0.00 | Secured | | | | Fibrant, LLC | 18-10274 |
| 06/11/2018 | 42 | Christopher Rolanc | | 2275 Darlington Dr | | | Augusta | GA | 30904 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/23/2018 | 58 | CONNAUGHTON GEORGE E | | 3800 LAUREL STREET | | | ST AUGUSTINE | FL | 32084 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 05/23/2018 | 21 | Control Southern, Inc | Elaine Decker | 3850 Lakefield Drive | | | Suwanee | GA | 30024 | | $114,439.86 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/26/2018 | 5 | Covanta Environmental Solutions LLC. | Attn Christian Hobbis | Covanta Energy LLC | 445 South Street | | Morristown | NJ | 07960 | | $1,989.83 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/25/2018 | 25 | Cranston Engineering Group, P.C. | | 452 Ellis Street | | | Augusta | GA | 30901 | | $5,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 81 | CSX Transportation, Inc. | c/o Courtney A. McCormick | McGuireWoods LLP | 50 N. Laura Street, Suite 3300 | | Jacksonville | FL | 32210 | | $2,089.56 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 02/03/2019 | 105 | David Mathews | | 109 Yaun Road | | | North Augusta | SC | 29841 | | $47,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/18/2018 | 45 | DE LAGE LANDEN FINANCIAL SERVICES | P. KAHLER | 1111 OLD EAGLE SCHOOL ROAD | | | WAYNE | PA | 19087 | | $4,710.32 | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 80 | DEGENNARO PAUL F | | 114 FOX TRAIL DRIVE | | | NORTH AUGUSTA | SC | 29860 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 04/12/2018 | 8 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 04/16/2018 | 10 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 04/17/2018 | 13 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Priority | | | | Fibrant South Center, LLC | 18-10275 |
| 04/17/2018 | 13 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 05/08/2018 | 19 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | EXPUNGED | Priority | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/2018 | 22 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,381.52 | Priority | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 05/29/2018 | 23 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,087.03 | General Unsecured | A | | 04/16/2018 | Georgia Monomers Company, LLC | 18-10277 |
| 05/29/2018 | 24 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | General Unsecured | A | | 04/17/2018 | Fibrant South Center, LLC | 18-10275 |
| 10/18/2018 | 104 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $3,712.03 | General Unsecured | A | | 04/16/2018 | Georgia Monomers Company, LLC | 18-10277 |
| 04/24/2019 | 108 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | General Unsecured | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 05/22/2019 | 109 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $129,351.72 | Priority | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 05/22/2019 | 109 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $12,396.72 | General Unsecured | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 07/16/2019 | 110 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | General Unsecured | A | | 04/12/2018 | Fibrant, LLC | 18-10274 |
| 04/25/2019 | 107 | Department of Treasury- Internal Revenue Service | | P O Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,381.52 | General Unsecured | A | | 05/29/2018 | Fibrant, LLC | 18-10274 |
| 04/25/2019 | 107 | Department of Treasury- Internal Revenue Service | | P O Box 7346 | | | Philadelphia | PA | 19101-7346 | | $0.00 | Priority | A | | 05/29/2018 | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 43 | EADY JEMERAL R | JEMERAL EADY | 507 ARTMUS ST | | | AUGUSTA | GA | 30901 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 03/23/2018 | 4 | Environmental Operating Solutions Inc. | | 160 Macarthur Blvd, Suite 6 | | | Bourne | MA | 02532 | | $8,973.90 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/21/2018 | 46 | EZELL COLLEEN L | | 409 RABBIT RD | | | JACKSON | SC | 29831 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/06/2018 | 32 | FIBERLITE TECHNOLOGIES INC | | 3605 E. 25TH STREET | | | JOPLIN | MO | 64804 | | $0.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 66 | Fibrant B.V. | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 66 | Fibrant B.V. | Adam J. Goldberg | 885 Third Avenue | | | New York | NY | 10022-4834 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 26 | Flint Hills Resources, LF | Arnold Lenz | 4111 E 37th Street North | | | Wichita | KS | 67220 | | $713,111.80 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/26/2018 | 62 | GARRETT ALRENA | | 2458 DUBLIN DRIVE | | | AUGUSTA | GA | 30906 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 73 | GATX Corporation | Brian Glassberg | 233 S Wacker Dr | | | Chicago | IL | 60606 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 77 | GATX Corporation | Brian Glassberg | 233 S Wacker Dr | | | Chicago | IL | 60606 | | $4,729,900.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 27 | Georgia Department of Natural Resources, Environmental Protection Division | Amy Mussler | 2 Martin Luther King Jr. Drive, Suite 1054 East | | | Atlanta | GA | 30334 | | $2,126,200.00 | Secured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 28 | Georgia Department of Natural Resources, Environmental Protection Division | Amy Mussler | 2 Martin Luther King Jr. Drive, Suite 1054 East | | | Atlanta | GA | 30334 | | $0.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/23/2018 | 57 | Georgia Department of Natural Resources, Environmental Protection Division | Amy Mussler | 2 Martin Luther King Jr. Drive, Suite 1054 East | | | Atlanta | GA | 30334 | | UNLIQUIDATED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 30 | Georgia Power Company | c/o Courtney McCormick McGuireWoods, LLP | 50 North Laura Street, Suite 3300 | | | Jacksonville | FL | 32202 | | $124,945.46 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 85 | Georgia Self-Insurers Guaranty Trust Fund | | 303 Peachtree Street NE Suite 3500 | | | Atlanta | GA | 30308 | | EXPUNGED | Secured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 85 | Georgia Self-Insurers Guaranty Trust Fund | | 303 Peachtree Street NE Suite 3500 | | | Atlanta | GA | 30308 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/23/2018 | 16 | Geosyntec Consultants, Inc | Christopher Bennett, Esq | 1111 Broadway Floor 6 | | | Oakland | CA | 94607 | | $7,393.86 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/18/2018 | 41 | Great Northern Insurance Company | c/o CHUBB | 436 Walnut Street | | | Philadelphia | PA | 19106 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/13/2018 | 9 | GreatAmerica Financial Services Corporation | Attn Peggy Upton | PO Box 609 | | | Cedar Rapids | IA | 52406 | | $2,619.23 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/12/2018 | 36 | GRIFFIN GEAR INC | | 131 RAILROAD STREET | | | ROEBUCK | SC | 29376 | | $43,050.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/18/2018 | 40 | HAVER & BOECKER USA | | 460 GEES MILL BUSINESS COURT | | | CONYERS | GA | 30013 | | $1,513.32 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/19/2018 | 3 | HOERBIGER SERVICE INC | | 1358 W NEWPORT CENTER DRIVE | | | DEERFIELD BEACH | FL | 33442 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/30/2018 | 74 | Hoerbiger Service Inc | | 1348 W. Newport Ctr Dr | | | Deerfield Beach | FL | 33442 | | $28,526.48 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/07/2018 | 33 | HORNE LABEL & PRINTING LLC | SUZANNE HORNE | 312 S CHERRY RD | | | ROCK HILL | SC | 29732 | | $0.00 | Admin Priority | | | | Fibrant, LLC | 18-10274 |
| 06/07/2018 | 33 | HORNE LABEL & PRINTING LLC | SUZANNE HORNE | 312 S CHERRY RD | | | ROCK HILL | SC | 29732 | | $30,704.66 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/15/2018 | 39 | IDG USA LLC | Attn TJ Gilmore | 2100 The Oaks Parkway | PO Box 1127 | | Belmont | NC | 28012 | | $897.07 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/26/2018 | 6 | IntelliTrans, LLC | | PO Box 934941 | | | Atlanta | GA | 31193-4941 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/16/2018 | 11 | James W. Price, Jr. | | 563 Plantation Dr | | | North Augusta | SC | 29841 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 05/30/2018 | 29 | Koch Rail, LLC | Arnold Lenz | 4111 E 37th Street North | | | Wichita | KS | 67220 | | $125,400.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/26/2018 | 63 | Linde Gas North America, LLC | Attn Robert Griffin | 200 Somerset Corporate Blvd | | | Bridgewater | NJ | 08807 | | $2,328,459.20 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/27/2018 | 48 | LONG WILLIAM K | | 105 LONG RD | | | SALUDA | SC | 29138 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/27/2018 | 72 | MARK CLARK RICHARD AKA RICHARD MARK CLARK | | 3926 OLD TRAIL ROAD | | | MARTINEZ | GA | 30907 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 79 | MARSH SA/NV | | AVENUE HERRMANN - DEBROUX 2 | | | BRUSSELS | | 1160 | BELGIUM | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 08/02/2018 | 101 | MCGAHEE MICHAEL K | MICHAEL K MCGAHEE | 527 RICHMOND HILL RD W APT C-1 | | | AUGUSTA | GA | 30906 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/10/2018 | 52 | Mobile Mini Tank & Pump Solutions | Attn Legal Dept | 4646 E. Van Buren St., Suite 400 | | | Phoenix | AZ | 85008-6927 | | $1,043.28 | General Unsecured | | | | Fibrant, LLC | 18-10274 |

Claims Register Report by Name

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2018 | 89 | National Union Fire Insurance Company of Pittsburgh, PA on Behalf of the Entities Listed on Exhibit A | Kevin Larner | 80 Pine Street, 13th Floor | | | New York | NY | 10005 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 08/01/2018 | 100 | National Union Fire Insurance Company of Pittsburgh, Pa. on Behalf of the Entities Listed on Exhibit A | Kevin Larner, Authorized Representative | 80 Pine Street, 13th Floor | | | New York | NY | 10005 | | UNLIQUIDATED | General Unsecured | A | | 07/30/2018 | Fibrant, LLC | 18-10274 |
| 07/08/2018 | 51 | PAYNELESS ENTERPRISES LLC | | 4218 GREEN IVEY LANE | | | MARTINEZ | GA | 30907 | | $2,681.25 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 91 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/31/2018 | 92 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/31/2018 | 93 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 95 | PCS Nitrogen Fertilizer, L.P. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 07/31/2018 | 94 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $606,253.76 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 96 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Georgia Monomers Company, LLC | 18-10277 |
| 07/31/2018 | 97 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Fibrant South Center, LLC | 18-10275 |
| 07/31/2018 | 98 | PCS Nitrogen, Inc. | c/o Brian E. Johnson | 1101 Skokie Boulevard, Suite 400 | | | Northbrook | IL | 60062 | | $0.00 | General Unsecured | | | | Evergreen Nylon Recycling, LLC | 18-10276 |
| 07/27/2018 | 76 | Praxair Inc | Attn Catherine E.M. Kortlandt, Esq. | Law Dept., Praxair, Inc. | 10 Riverview Drive | | Danbury | CT | 06810 | | W/D | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 08/03/2018 | 102 | R GLENN HOFFMAN | | 327 WILLIAM STREET | | | SOMERVILLE | NJ | 08876 | | EXPUNGED | Secured | | | | Fibrant, LLC | 18-10274 |
| 08/03/2018 | 102 | R GLENN HOFFMAN | | 327 WILLIAM STREET | | | SOMERVILLE | NJ | 08876 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/29/2018 | 49 | Rawson, Inc. | Metz Lewis Brodman Must OKeefe LLC | 535 Smithfield Street, Suite 800 | | | Pittsburgh | PA | 15222 | | $64,006.50 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/18/2018 | 14 | Richmond County Tax Commissioner | Steven B. Kendrick | 535 Telfair St., Room 100 | | | Augusta | GA | 30901 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/18/2018 | 15 | Richmond County Tax Commissioner | Steven B. Kendrick | 535 Telfair St., Room 100 | | | Augusta | GA | 30901 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 04/30/2018 | 17 | Richmond County Tax Commissioner | | 535 Telfair Street, Room 100 | | | Augusta | GA | 30901 | | $0.00 | General Unsecured | A | | 04/18/2018 | Fibrant, LLC | 18-10274 |
| 04/30/2018 | 17 | Richmond County Tax Commissioner | | 535 Telfair Street, Room 100 | | | Augusta | GA | 30901 | | $590,599.20 | Priority | A | | 04/18/2018 | Fibrant, LLC | 18-10274 |
| 03/20/2018 | 7 | Safety-Kleen/CleanHarbors | | 600 Longwater Drive | | | Norwell | MA | 02061 | | $4,611.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/20/2018 | 56 | SAPP JR RALPH H | | 1823 COURTNEY DR | | | NORTH AUGUSTA | SC | 29841 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/31/2018 | 90 | SMBC Rail Services LLC, on Behalf of American Railcar Leasing LLC | c/o Katy Drechsel, Chief Legal Officer | 5600 Mexico Road, Suite 2 | | | St. Peters | MO | 63376 | | $1,650,000.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 06/06/2018 | 31 | SOUTHEAST RAILCAR INC | TERRI SATTERFIELD | PO BOX 1204 | | | AMERICUS | GA | 31709 | | $27,237.63 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/25/2019 | 106 | STONESTREET THOMAS A | | 197 MARKS WALDEN ROAD | | | BLYTHE | GA | 30805 | | UNLIQUIDATED | Priority | | | | Fibrant, LLC | 18-10274 |
| 07/02/2018 | 50 | THOMPSON INDUSTRIAL SERVICES LLC | | 104 N MAIN STREET | | | SUMTER | SC | 29150 | | $20,944.63 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 03/13/2018 | 1 | Veenschoten & Company, Inc. | Jan Hunter Veenschoten & Co., Inc. | 3 Riverchase Office Plaza, Ste 120 | | | Birmingham | AL | 35244 | | $152,010.00 | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/23/2018 | 54 | West Health Advocate Solutions, Inc. | | 11808 Miracle Hills Drive | | | Omaha | NE | 68154 | | EXPUNGED | General Unsecured | | | | Fibrant, LLC | 18-10274 |
| 07/17/2018 | 53 | WILLIAMS RONALD H | | 1024 TODD AVENUE | | | NORTH AUGUSTA | SC | 29841 | | EXPUNGED | Priority | | | | Fibrant, LLC | 18-10274 |
| 05/17/2018 | 20 | Windstream | Attn Kathy Storla | 929 Marthas Way | | | Hiawatha | IA | 52233 | | $4,158.28 | General Unsecured | | | | Fibrant, LLC | 18-10274 |