UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

In re: Fibrant LLC, et al

Debtor(s)

Case No. 18-10274

Lead Case No. 18-10724

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 9/30/2022

Petition Date: 02/23/2018

Plan Confirmed Date: 05/22/2019

Plan Effective Date: 06/26/2019

This Post-confirmation Report relates to: ◉ Reorganized Debtor

◯ Other Authorized Party or Entity: ______________________

Name of Authorized Party or Entity

/s/ Jonathan W. Jordan
Signature of Responsible Party

10/31/2022
Date

Jonathan W. Jordan
Printed Name of Responsible Party

King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Fibrant LLC, et al Case No. 18-10274

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $38,858 | $1,674,353 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $38,858 | $1,637,353 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $0 | $37,460 | $3,335,131 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Alvarez & Marsal North Ameri | Financial Professional | | | | $662,064 |
| | ii | King & Spalding, LLP | Lead Counsel | $0 | $0 | | $0 |
| | iii | Klosinski Overstreet LLP | Local Counsel | $0 | | | $2,572,767 |
| | iv | | | | | | $100,300 |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Fibrant LLC, et al Case No. 18-10274

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

UST Form 11-PCR (12/01/2021) 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name Fibrant LLC, et al Case No. 18-10274

| | xlix | | | | | | |
|---|---|---|---|---|---|---|---|
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

UST Form 11-PCR (12/01/2021) 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $1,600,000 | $0 | $1,519,865 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ◉

If yes, give date Final Decree was entered: ____________

If no, give date when the application for Final Decree is anticipated: ____________

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

Monthly Operating Report
Post Confirmation
Chaper 11 Post-Confirmation
Schedule of Receipts and Disbursements

**ATTACHMENT NO. 2**

| | |
|---|---|
| Case Name | **Fibrant LLC, et. al.** |
| Case Number | **18-10274** |
| Date of Plan Confirmation | |

All items must be answered. Any which do not apply should be answered "none" or "N/A"

| | Quarter<br>July 1, 2022-Sept 30, 2022 | Cummulative<br>Post Confirmation Total |
|---|---|---|
| 1. Cash (Beginning of Period) June 27, 2019 | 98,371.97 | $ 2,976,629.71 |
| 2. Income or Receipts during the Period | $ - | $ 277,102.92 |
| 3. Disbursements | | |
| a. Operating Expenses (Fees/Taxes): | | |
| (i) US Trustee Quarterly Fees | 1,000.00 | 63,557.72 |
| (ii) Federal Taxes | | 14,522.77 |
| (iii) State Taxes | | 2,828.70 |
| (iv) Other Taxes | | 0.00 |
| b. All Other Operating Expenses : | 37,857.63 | 1,593,444.10 |
| c. Plan Payments | | |
| (i) Administrative Claims | | |
| (ii) Class One | | 1,519,865.00 |
| (iii) Class Two | | |
| (iv) Class Three | | |
| (v) Class Four | | |
| Total Disbursements (Operating & Plan) | $ 38,857.63 | 3,194,218.29 |
| Cash (End of Period) | $ 59,514.34 | $ 59,514.34 |

**Fibrant LLC, et. al.** **Attachment No.3**
**18-10274**

**Chapter 11 Post-Confirmation**
**Bank Account Reconciliations**

| **Bank Account Information** | **Account xxxx3801** |
|---|---|
| **Name of Bank** | Wells Fargo |
| **Purpose of Account** | Opertating |
| **Type of Account** | Checking |
| | |
| **1. Balance per Bank Statement July 31, 2022** | 73,661.17 |
| **2. Add: Deposit not credited** | - |
| **3. Subtract: Outstanding Checks** | - |
| **4. Other Reconciling Items** | - |
| **5. Month End Balance** | 73,661.17 |
| | |
| **1. Balance per Bank Statement August 31, 2022** | 63,910.03 |
| **2. Add: Deposit not credited** | - |
| **3. Subtract: Outstanding Checks** | - |
| **4. Other Reconciling Items** | - |
| **5. Month End Balance** | 63,910.03 |
| | |
| **1. Balance per Bank Statement Sept 30, 2022** | 59,514.34 |
| **2. Add: Deposit not credited** | - |
| **3. Subtract: Outstanding Checks** | - |
| **4. Other Reconciling Items** | - |
| **5. Month End Balance** | 59,514.34 |
| | |

**Fibrant LLC, et. al.** **Attachment No.4**
**18-10274**

**Chapter 11 Post-Confirmation**
**Cash/Debit/Check Disbursements Details**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | xxxxxx3801 |
| Purpose of Account | Operating |
| Type of Account | Checking |

| Pay Method | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| ACH/Wire | 7/8/2022 | Alvarez & Marsal | Professional Fees | 7,263.56 |
| ACH/Wire | 7/11/2022 | Wells Fargo | Bank Fees | 138.24 |
| ACH/Wire | 7/13.2022 | King & Spalding | Professional Fees | 6,016.50 |
| ACH/Wire | 7/18/2022 | King & Spalding | Professional Fees | 10,292.50 |
| ACH/Wire | 7/26/2022 | Pay.gov | Trustee Fees Q2 | 1,000.00 |
| ACH/Wire | 8/4/2022 | Alvarez & Marsal | Professional Fees | 6,103.59 |
| ACH/Wire | 8/11/2022 | Wells Fargo | Bank Fees | 143.55 |
| ACH/Wire | 8/15/2022 | King & Spalding | Professional Fees | 3,504.00 |
| ACH/Wire | 9/8/2022 | King & Spalding | Professional Fees | 2,116.02 |
| ACH/Wire | 9/9/2022 | Alvarez & Marsal | Professional Fees | 2164.21 |
| ACH/Wire | 9/12/2022 | Wells Fargo | Bank Fees | 115.46 |
| | | | Total | 38,857.63 |

# Commercial Business Checking

Account number: [redacted]3801 ■ July 1, 2022 - July 31, 2022 ■ 

FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

## Account summary

### *Commercial Business Checking*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]3801 | $98,371.97 | $0.00 | -$24,710.80 | $73,661.17 |

## Debits

### Electronic debits/bank debits

| *Effective date* | *Posted date* | *Amount* | | *Transaction detail* |
|---|---|---|---|---|
| | 07/08 | 7,263.56 | | WT Fed#04508 Jpmorgan Chase Ban /Ftr/Bnf=Alvarez & Marsal Srf# Gw00000051860898 Trn#220708049125 Rfb# 113 |
| | 07/11 | 138.24 | | Client Analysis Srvc Chrg 220708 Svc Chge [redacted]3801 |
| | 07/13 | 6,016.50 | | WT Fed#04100 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000051950262 Trn#220713042807 Rfb# 114 |
| | 07/18 | 10,292.50 | | WT Fed#05393 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000052051801 Trn#220718054449 Rfb# 115 |
| | 07/26 | 1,000.00 | < | Business to Business ACH Debit - Quarterly Fee Payment 220725 0000 Fibrant LLC |
| | | **$24,710.80** | | **Total electronic debits/bank debits** |
| | | **$24,710.80** | | **Total debits** |

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ████████3801 ■ July 1, 2022 - July 31, 2022 ■ Page 2 of 2



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 06/30 | 98,371.97 | 07/11 | 90,970.17 | 07/18 | 74,661.17 |
| 07/08 | 91,108.41 | 07/13 | 84,953.67 | 07/26 | 73,661.17 |

Average daily ledger balance    $84,125.61

---

Effective June 1, 2022, we are making changes to the non-sufficient funds (NSF) and overdraft fees that affect your Commercial Banking account. Please review the below details:

Elimination of Returned Item (Non-sufficient Funds/NSF) Fee

We will no longer charge a NSF fee on certain items we return unpaid due to non-sufficient funds. The fee is displayed on your deposit or Client Analysis statement as NSF RETURN ITEM FEE or service code 24253 - OVERDRAFT CHARGE-RETURNED ITEM. Overdraft fees will continue to apply to items we pay into overdraft (up to a maximum of four fees per day for Commercial Banking accounts). These changes do not affect fees that third parties or other banks may charge.

For current versions of the Commercial Account Agreement, and applicable addenda, please visit wellsfargo.com/treasury. If you have additional questions, contact your relationship team.

---

Elimination of the overdraft protection transfer and advance fee

If you have linked your account to a savings account or credit card for overdraft protection, we will no longer charge the overdraft protection transfer or advance fee. Advances from a linked credit card will continue to accrue interest from the date of each advance. Overdraft fees continue to apply to any items we pay into overdraft where transfers and advances from your linked accounts cannot cover the cost.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ████████3801 ■ July 1, 2022 - July 31, 2022 ■ Page 2 of 2



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 06/30 | 98,371.97 | 07/11 | 90,970.17 | 07/18 | 74,661.17 |
| 07/08 | 91,108.41 | 07/13 | 84,953.67 | 07/26 | 73,661.17 |

Average daily ledger balance  $84,125.61

---

Effective June 1, 2022, we are making changes to the non-sufficient funds (NSF) and overdraft fees that affect your Commercial Banking account. Please review the below details:

Elimination of Returned Item (Non-sufficient Funds/NSF) Fee

We will no longer charge a NSF fee on certain items we return unpaid due to non-sufficient funds. The fee is displayed on your deposit or Client Analysis statement as NSF RETURN ITEM FEE or service code 24253 - OVERDRAFT CHARGE-RETURNED ITEM. Overdraft fees will continue to apply to items we pay into overdraft (up to a maximum of four fees per day for Commercial Banking accounts). These changes do not affect fees that third parties or other banks may charge.

For current versions of the Commercial Account Agreement, and applicable addenda, please visit wellsfargo.com/treasury. If you have additional questions, contact your relationship team.

---

Elimination of the overdraft protection transfer and advance fee

If you have linked your account to a savings account or credit card for overdraft protection, we will no longer charge the overdraft protection transfer or advance fee. Advances from a linked credit card will continue to accrue interest from the date of each advance. Overdraft fees continue to apply to any items we pay into overdraft where transfers and advances from your linked accounts cannot cover the cost.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Business Checking

WELLS
FARGO

FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

## Account summary

### *Commercial Business Checking*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]3801 | $73,661.17 | $0.00 | -$9,751.14 | $63,910.03 |

## Debits

**Electronic debits/bank debits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 08/04 | 6,103.59 | WT Fed#04694 Jpmorgan Chase Ban /Ftr/Bnf=Alvarez & Marsal Srf# Gw00000052478031 Trn#220804145080 Rfb# 116 |
| | 08/11 | 143.55 | Client Analysis Srvc Chrg 220810 Svc Chge [redacted]3801 |
| | 08/15 | 3,504.00 | WT Fed#07337 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000052669792 Trn#220815081960 Rfb# 117 |
| | | **$9,751.14** | **Total electronic debits/bank debits** |
| | | **$9,751.14** | **Total debits** |

## Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 07/31 | 73,661.17 | 08/11 | 67,414.03 | 08/15 | 63,910.03 |
| 08/04 | 67,557.58 | | | | |

**Average daily ledger balance** **$66,129.45**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



---

Effective June 1, 2022, we are making changes to the non-sufficient funds (NSF) and overdraft fees that affect your Commercial Banking account. Please review the below details:

**Elimination of Returned Item (Non-sufficient Funds/NSF) Fee**

We will no longer charge a NSF fee on certain items we return unpaid due to non-sufficient funds. The fee is displayed on your deposit or Client Analysis statement as NSF RETURN ITEM FEE or service code 24253 - OVERDRAFT CHARGE-RETURNED ITEM. Overdraft fees will continue to apply to items we pay into overdraft (up to a maximum of four fees per day for Commercial Banking accounts). These changes do not affect fees that third parties or other banks may charge.

For current versions of the Commercial Account Agreement, and applicable addenda, please visit **wellsfargo.com/treasury.** If you have additional questions, contact your relationship team.

---

**Elimination of the overdraft protection transfer and advance fee**

If you have linked your account to a savings account or credit card for overdraft protection, we will no longer charge the overdraft protection transfer or advance fee. Advances from a linked credit card will continue to accrue interest from the date of each advance. Overdraft fees continue to apply to any items we pay into overdraft where transfers and advances from your linked accounts cannot cover the cost.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Business Checking

Account number: [redacted]3801 ■ September 1, 2022 - September 30, 2022 ■ 

FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Commercial Business Checking*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]3801 | $63,910.03 | $0.00 | -$4,395.69 | $59,514.34 |

## Debits

### Electronic debits/bank debits

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 09/08 | 2,116.02 | WT Fed#06450 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000053193324 Trn#220908050099 Rfb# 118 |
| | 09/09 | 2,164.21 | WT Fed#03385 Jpmorgan Chase Ban /Ftr/Bnf=Alvarez & Marsal Srf# Gw00000053225293 Trn#220909037015 Rfb# 119 |
| | 09/12 | 115.46 | Client Analysis Srvc Chrg 220909 Svc Chge [redacted]3801 |
| | | **$4,395.69** | **Total electronic debits/bank debits** |
| | | **$4,395.69** | **Total debits** |

## Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 08/31 | 63,910.03 | 09/09 | 59,629.80 | 09/12 | 59,514.34 |
| 09/08 | 61,794.01 | | | | |

**Average daily ledger balance** **$60,627.53**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.