# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

In re: Fibrant LLC, et al  §  Case No. 18-10274
§  Lead Case No. 18-10724
§
Debtor(s)  §  ☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 3/31/2023          Petition Date: 02/23/2018

Plan Confirmed Date: 05/22/2019         Plan Effective Date: 06/26/2019

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Jonathan W. Jordan                  Jonathan W. Jordan
Signature of Responsible Party          Printed Name of Responsible Party

04/17/2023                              King & Spalding LLP
Date                                    1180 Peachtree Street
                                        Atlanta, Georgia 30309
                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Fibrant LLC, et al                                                                                   Case No.  18-10274

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $29,292.14 | $1,717,198.04 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $29,292.14 | $1,717,198.04 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | $ 25,757 | $3,375,379 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Alvarez & Marsal North Ameri | Financial Professional | | | $ 4,947 | $ 675,171 |
| ii | King & Spalding, LLP | Lead Counsel | | | $ 20,810 | $2,599,908 |
| iii | Klosinski Overstreet LLP | Local Counsel | | | | $100,300 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Fibrant LLC, et al                                              Case No. 18-10274

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |

UST Form 11-PCR (12/01/2021)                                   4

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Fibrant LLC, et al                                                                              Case No. 18-10274

|     |        |   |   |   |   |   |
|-----|--------|---|---|---|---|---|
|     | xci    |   |   |   |   |   |
|     | xcii   |   |   |   |   |   |
|     | xciii  |   |   |   |   |   |
|     | xciv   |   |   |   |   |   |
|     | xcv    |   |   |   |   |   |
|     | xcvi   |   |   |   |   |   |
|     | xcvii  |   |   |   |   |   |
|     | xcviii |   |   |   |   |   |
|     | xcix   |   |   |   |   |   |
|     | c      |   |   |   |   |   |
|     | ci     |   |   |   |   |   |
| c.  | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|                            | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|----------------------------|---------------------------------------|----------------------|-----------------|----------------|--------------------------|
| a. Administrative claims   | $0                                    | $0                   | $0              | $0             | 0%                       |
| b. Secured claims          | $1,600,000                            | $0                   | $1,519,865      | $0             | 0%                       |
| c. Priority claims         | $0                                    | $0                   | $0              | $0             | 0%                       |
| d. General unsecured claims| $0                                    | $0                   | $0              | $0             | 0%                       |
| e. Equity interests        | $0                                    | $0                   | $0              |                |                          |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                            Yes ◯   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?       Yes ◉   No ◯

Monthly Operating Report                                              ATTACHMENT NO. 2
Post Confirmation
Chaper 11 Post-Confirmation
Schedule of Receipts and Disbursements

| Case Name | **Fibrant LLC, et. al.** |
|---|---|
| Case Number | **18-10274** |
| Date of Plan Confirmation | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A"

|  | Quarter<br>Jan 1, 2023-Mar 31, 2023 | Cummulative<br>Post Confirmation Total |
|---|---:|---:|
| 1. Cash (Beginning of Period) June 27, 2019 | 45,961.73 | $ 2,976,629.71 |
| 2. Income or Receipts during the Period | $ 100,000.00 | $ 377,102.92 |
| 3. Disbursements | | |
| a. Operating Expenses (Fees/Taxes): | | |
| (i)  US Trustee Quarterly Fees | 1,000.00 | 65,557.72 |
| (ii)  Federal Taxes | | 14,522.77 |
| (iii)  State Taxes | | 2,828.70 |
| (iv)  Other Taxes | 2,238.88 | 2,238.88 |
| b. All Other Operating Expenses : | 26,053.26 | 1,632,049.97 |
| c. Plan Payments | | |
| (i)  Administrative Claims | | |
| (ii) Class One | 0.00 | 1,519,865.00 |
| (iii) Class Two | | |
| (iv) Class Three | | |
| (v) Class Four | | |
| Total Disbursements (Operating & Plan) | $ 29,292.14 | 3,237,063.04 |
| Cash (End of Period) | $ 116,669.59 | $ 116,669.59 |
| Bank stmt(attch 3) | 116,669.59 | |
| Delta | $ - | |

Fibrant LLC, et. al.                                                                                          Attachment No.3
18-10274

## Chapter 11 Post-Confirmation
## Bank Account Reconciliations

| Bank Account Information | Account xxxx3801 |
|---|---|
| **Name of Bank** | Wells Fargo |
| **Purpose of Account** | Operating |
| **Type of Account** | Checking |
|  |  |
| 1.  Balance per Bank Statement Jan 31, 2023 | 31,419.72 |
| 2.  Add: Deposit not credited | - |
| 3.  Subtract: Outstanding Checks | - |
| 4.  Other Reconciling Items | - |
| 5.  Month End Balance | 31,419.72 |
|  |  |
| 1.  Balance per Bank Statement Febuary 28, 2023 | 16,781.04 |
| 2.  Add: Deposit not credited | - |
| 3.  Subtract: Outstanding Checks | - |
| 4.  Other Reconciling Items | - |
| 5.  Month End Balance | 16,781.04 |
|  |  |
| 1.  Balance per Bank Statement March 31, 2023 | 116,669.59 |
| 2.  Add: Deposit not credited | - |
| 3.  Subtract: Outstanding Checks | - |
| 4.  Other Reconciling Items | - |
| 5.  Month End Balance | 116,669.59 |

**Fibrant LLC, et. al.**                                  **Attachment No.4**
**18-10274**

**Chapter 11 Post-Confirmation**
**Cash/Debit/Check Disbursements Details**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | xxxxxx3801 |
| Purpose of Account | Operating |
| Type of Account | Checking |

| Pay Method | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| ACH/Wire | 1/11/2023 | Wells Fargo | Bank Fees | 94.49 |
| ACH/Wire | 1/12/2023 | Alvarez & Marsal | Professional Fees | 2,236.52 |
| ACH/Wire | 1/12/2023 | King & Spalding | Professional Fees | 11,211.00 |
| ACH/Wire | 1/24/2023 | Pay.gov | Trustee Fees Q4 | 1,000.00 |
| ACH/Wire | 2/9/2023 | Lisa Quattlebaum | Other Taxes | 2,238.88 |
| ACH/Wire | 2/9/2023 | Alvarez & Marsal | Professional Fees | 2,710.21 |
| ACH/Wire | 2/9/2023 | King & Spalding | Professional Fees | 9,599.00 |
| ACH/Wire | 2/13/2023 | Wells Fargo | Bank Fees | 90.59 |
| ACH/Wire | 3/13/2023 | Wells Fargo | Bank Fees | 111.45 |
| | | | Total | 29,292.14 |

# Commercial Business Checking

Account number: ****3801 ■ January 1, 2023 - January 31, 2023 ■ Page 1 of 1



FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ****3801 | $45,961.73 | $0.00 | -$14,542.01 | $31,419.72 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 01/11 | 94.49 | | Client Analysis Srvc Chrg 230110 Svc Chge ****3801 |
| | 01/12 | 2,236.52 | | WT Fed#06301 Jpmorgan Chase Ban /Ftr/Bnf=Alvarez & Marsal Srf# Gw00000055857265 Trn#230112061006 Rfb# 125 |
| | 01/12 | 11,211.00 | | WT Fed#06121 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000055857108 Trn#230112060974 Rfb# 126 |
| | 01/24 | 1,000.00 | < | Business to Business ACH Debit - Quarterly Fee Payment 230123 0000 Fibrant LLC |
| | | $14,542.01 | | Total electronic debits/bank debits |
| | | $14,542.01 | | Total debits |

< *Business to Business ACH:* If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/31 | 45,961.73 | 01/12 | 32,419.72 | 01/24 | 31,419.72 |
| 01/11 | 45,867.24 | | | | |

Average daily ledger balance $36,963.83

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Business Checking
Account number: ▓▓▓3801 ■ February 1, 2023 - February 28, 2023 ■ Page 1 of 1



FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

### Questions?

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▓▓▓3801 | $31,419.72 | $0.00 | -$14,638.68 | $16,781.04 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/09 | 2,238.88 | WT Fed#07415 First-Citizens Ban /Ftr/Bnf=Lisa Quattlebaum Srf# Gw00000056429814 Trn#230209077431 Rfb# 129 |
| | 02/09 | 2,710.21 | WT Fed#07480 Jpmorgan Chase Ban /Ftr/Bnf=Alvarez & Marsal Srf# Gw00000056429490 Trn#230209076023 Rfb# 128 |
| | 02/09 | 9,599.00 | WT Fed#07236 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000056429480 Trn#230209076004 Rfb# 127 |
| | 02/13 | 90.59 | Client Analysis Srvc Chrg 230210 Svc Chge ▓▓▓3801 |
| | | $14,638.68 | Total electronic debits/bank debits |
| | | $14,638.68 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 31,419.72 | 02/09 | 16,871.63 | 02/13 | 16,781.04 |

Average daily ledger balance    $20,976.46

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Business Checking

Account number: ●●●●3801 ■ March 1, 2023 - March 31, 2023 ■ Page 1 of 1

FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ●●●●3801 | $16,781.04 | $100,000.00 | -$111.45 | $116,669.59 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/30 | 100,000.00 | WT Fed#03134 Citibank Europe Pl /Org=Cap I Bv Srf# S06308905C8B01 Trn#230330012076 Rfb# |
| | | $100,000.00 | Total electronic deposits/bank credits |
| | | $100,000.00 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/13 | 111.45 | Client Analysis Srvc Chrg 230310 Svc Chge●●●●●●●●3801 |
| | | $111.45 | Total electronic debits/bank debits |
| | | $111.45 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 16,781.04 | 03/13 | 16,669.59 | 03/30 | 116,669.59 |

Average daily ledger balance    $23,164.34

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.