UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: Fibrant LLC, et al | § § § § | Case No. 18-10274<br>Lead Case No. 18-10724<br>☒ Jointly Administered |
| Debtor(s) | | |

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2023          Petition Date: 02/23/2018

Plan Confirmed Date: 05/22/2019          Plan Effective Date: 06/26/2019

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

☐ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Jonathan W. Jordan
Signature of Responsible Party

7/31/2023
Date

Jonathan W. Jordan
Printed Name of Responsible Party

King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Fibrant LLC, et al                                                                 Case No.  18-10274

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $89,559.69 | $1,806,757.73 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $89,559.69 | $1,806.757.73 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $0 | $ 88,367 | $ 3,463.746 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Alvarez & Marsal North Ameri | Financial Professional | | | $ 4,828 | $ 679,999 |
| ii | King & Spalding, LLP | Lead Counsel | $0 | $0 | $ 83,539 | $ 2,683,447 |
| iii | Klosinski Overstreet LLP | Local Counsel | $0 | | | $ 100,300 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |

Debtor's Name Fibrant LLC, et al                                                                                   Case No.  18-10274

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Fibrant LLC, et al                                                                 Case No. 18-10274

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $1,600,000 | $0 | $1,519,865 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                        Yes ◯   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

UST Form 11-PCR (12/01/2021)                                               7

Monthly Operating Report ATTACHMENT NO. 2
Post Confirmation
Chaper 11 Post-Confirmation
Schedule of Receipts and Disbursements

| | |
|---|---|
| Case Name | **Fibrant LLC, et. al.** |
| Case Number | **18-10274** |
| Date of Plan Confirmation | |

All items must be answered. Any which do not apply should be answered "none" or "N/A"

| | Quarter<br>Apr 1, 2023-June 30, 2023 | Cummulative<br>Post Confirmation Total |
|---|---:|---:|
| 1. Cash (Beginning of Period) June 27, 2019 | 116,669.59 | $ 2,976,629.71 |
| 2. Income or Receipts during the Period | $ 419.26 | $ 377,522.18 |
| 3. Disbursements | | |
| a. Operating Expenses (Fees/Taxes): | | |
| (i) US Trustee Quarterly Fees | 1,000.00 | 66,557.72 |
| (ii) Federal Taxes | | 14,522.77 |
| (iii) State Taxes | | 2,828.70 |
| (iv) Other Taxes | - | 2,238.88 |
| b. All Other Operating Expenses : | 88,559.69 | 1,720,609.66 |
| c. Plan Payments | | |
| (i) Administrative Claims | | |
| (ii) Class One | 0.00 | 1,519,865.00 |
| (iii) Class Two | | |
| (iv) Class Three | | |
| (v) Class Four | | |
| Total Disbursements (Operating & Plan) | $ 89,559.69 | 3,326,622.73 |
| Cash (End of Period) | $ 27,529.16 | $ 27,529.16 |

Fibrant LLC, et. al.  Attachment No.3
18-10274

Chapter 11 Post-Confirmation
Bank Account Reconciliations

| Bank Account Information | Account xxxx3801 |
|---|---|
| **Name of Bank** | Wells Fargo |
| **Purpose of Account** | Opertating |
| **Type of Account** | Checking |
|  |  |
| 1.  Balance per Bank Statement April 30, 2023 | 79,600.32 |
| 2.  Add: Deposit not credited | - |
| 3.  Subtract: Outstanding Checks | - |
| 4.  Other Reconciling Items | - |
| 5.  Month End Balance | 79,600.32 |
|  |  |
| 1.  Balance per Bank Statement May 31, 2023 | 54,226.34 |
| 2.  Add: Deposit not credited | - |
| 3.  Subtract: Outstanding Checks | - |
| 4.  Other Reconciling Items | - |
| 5.  Month End Balance | 54,226.34 |
|  |  |
| 1.  Balance per Bank Statement June 30, 2023 | 27,529.16 |
| 2.  Add: Deposit not credited | - |
| 3.  Subtract: Outstanding Checks | - |
| 4.  Other Reconciling Items | - |
| 5.  Month End Balance | 27,529.16 |
|  |  |

**Fibrant LLC, et. al.**  **Attachment No.4**
**18-10274**

**Chapter 11 Post-Confirmation**
**Cash/Debit/Check Disbursements Details**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | xxxxxx3801 |
| Purpose of Account | Operating |
| Type of Account | Checking |

| Pay Method | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| ACH/Wire | 4/11/2023 | Wells Fargo | Bank Fees | 81.27 |
| ACH/Wire | 4/19/2023 | King & Spalding | Professional Fees | 35,988.00 |
| ACH/Wire | 4/24/2023 | Pay.gov | Trustee Fees Q1 | 1,000.00 |
| ACH/Wire | 5/11/2023 | King & Spalding | Professional Fees | 25,324.50 |
| ACH/Wire | 5/11/2023 | Wells Fargo | Bank Fees | 49.48 |
| ACH/Wire | 6/12/2023 | Wells Fargo | Bank Fees | 62.28 |
| ACH/Wire | 6/12/2023 | King & Spalding | Professional Fees | 22,226.00 |
| ACH/Wire | 6/15/2023 | Alvarez & Marsal | Professional Fees | 4,828.16 |
| | | | Total | 89,559.69 |
| | | | All exp excluding Trust Fee | 88,559.69 |
| | | | Other | - |
| | | | Prof fees | 88,366.66 |
| | | | Bank Fee | 193.03 |
| | | | Trustee Fee | 1,000.00 |
| | | | | 89,559.69 |

Complete PDF file
As of 06/30/2023

| | For Prof Fee Reporting | | Prior Period |
|---|---|---|---|
| | Accumulative | Current period | Accumulated |
| K&S | 2,683,446.82 | 83,538.50 | 2,599,908.32 |
| Overstreet | 100,300.00 | - | 100,300.00 |
| A&M | 679,998.84 | 4,828.16 | 675,170.68 |
| | 3,463,745.66 | 88,366.66 | 3,375,379.00 |

# Commercial Business Checking

Account number: ■■■■■3801 ■ April 1, 2023 - April 30, 2023 ■ Page 1 of 1

FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ■■■■3801 | $116,669.59 | $0.00 | -$37,069.27 | $79,600.32 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 04/11 | 81.27 | | Client Analysis Srvc Chrg 230410 Svc Chge ■■■■■■■■■■3801 |
| | 04/19 | 35,988.00 | | WT Fed#05270 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000057900172 Trn#230419147786 Rfb# 130 |
| | 04/24 | 1,000.00 | < | Business to Business ACH Debit - Quarterly Fee Payment 230421 0000 Fibrant LLC |
| | | $37,069.27 | | Total electronic debits/bank debits |
| | | $37,069.27 | | Total debits |

< *Business to Business ACH:* If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 116,669.59 | 04/19 | 80,600.32 | 04/24 | 79,600.32 |
| 04/11 | 116,588.32 | | | | |

Average daily ledger balance    $101,986.87

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Business Checking

Account number: ▇▇▇▇3801 ■ May 1, 2023 - May 31, 2023 ■ Page 1 of 2



FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
 1-800-AT WELLS (1-800-289-3557)
 5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
  P.O. Box 6995
  Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▇▇▇▇3801 | $79,600.32 | $0.00 | -$25,373.98 | $54,226.34 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 05/11 | 49.48 | Client Analysis Srvc Chrg 230510 Svc Chge ▇▇▇▇▇▇▇▇3801 |
|  | 05/11 | 25,324.50 | WT Fed#07272 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000058376066 Trn#230511071530 Rfb# 131 |
|  |  | $25,373.98 | Total electronic debits/bank debits |
|  |  | $25,373.98 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/30 | 79,600.32 | 05/11 | 54,226.34 |
| Average daily ledger balance | $62,411.49 |  |  |

Commercial Business Checking and Commercial Business Checking Plus accounts are changing

Effective July 6, 2023, your Commercial Business Checking or Commercial Business Checking Plus account will be converted to an Analyzed Business Checking account. Your account number will remain the same. Commercial Business Checking Plus accounts currently earn interest and will be transitioned to an earnings allowance to offset eligible service fees:
- The earnings allowance is calculated by applying the earnings credit rate to the investable balance available for services in the account.
- The earnings credit rate is a variable rate that the Bank can change at any time. The rate appears on the client analysis statement.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.


- In any statement period where the fees exceed the earnings allowance, the account will be debited (or customer will be invoiced) for the difference.

The Business Account Disclosures provide the terms and conditions for your Analyzed Business Checking account, and the current version is available online at wellsfargo.com/biz/fee-information. Wells Fargo occasionally updates its account disclosures, the most recent versions of which can be found at the link provided or by visiting a Wells Fargo branch.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



# Commercial Business Checking

Account number: ████3801 ■ June 1, 2023 - June 30, 2023 ■ Page 1 of 2

FIBRANT, LLC
ATTN: LISA QUATTLEBAUM
PO BOX 2451
AUGUSTA GA 30903-2451

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████3801 | $54,226.34 | $419.26 | -$27,116.44 | $27,529.16 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/06 | 419.26 | Deposit Made In A Branch/Store |
| | | $419.26 | Total electronic deposits/bank credits |
| | | $419.26 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/12 | 62.28 | Client Analysis Srvc Chrg 230609 Svc Chge ████3801 |
| | 06/12 | 22,226.00 | WT Fed#06223 Truist Bank /Ftr/Bnf=King & Spalding LLP Srf# Gw00000059028287 Trn#230612064281 Rfb# 132 |
| | 06/15 | 4,828.16 | WT Fed#01260 Jpmorgan Chase Ban /Ftr/Bnf=Alvarez & Marsal Srf# Gw00000059119519 Trn#230615114261 Rfb# 133 |
| | | $27,116.44 | Total electronic debits/bank debits |
| | | $27,116.44 | Total debits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 05/31 | 54,226.34 | 06/12 | 32,357.32 | 06/15 | 27,529.16 |
| 06/06 | 54,645.60 | | | | |

Average daily ledger balance    $37,884.79

---

Commercial Business Checking and Commercial Business Checking Plus accounts are changing

Effective July 6, 2023, your Commercial Business Checking or Commercial Business Checking Plus account will be converted to an Analyzed Business Checking account. Your account number will remain the same. Commercial Business Checking Plus accounts currently earn interest and will be transitioned to an earnings allowance to offset eligible service fees:
- The earnings allowance is calculated by applying the earnings credit rate to the investable balance available for services in the account.
- The earnings credit rate is a variable rate that the Bank can change at any time. The rate appears on the client analysis statement.
- In any statement period where the fees exceed the earnings allowance, the account will be debited (or customer will be invoiced) for the difference.

The Business Account Disclosures provide the terms and conditions for your Analyzed Business Checking account, and the current version is available online at wellsfargo.com/biz/fee-information. Wells Fargo occasionally updates its account disclosures, the most recent versions of which can be found at the link provided or by visiting a Wells Fargo branch.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0001326
Sheet 00002 of 00002